Laurence M. Rosen (SBN 219683)
**THE ROSEN LAW FIRM, P.A.**
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Tel.: (213) 785-2610
Fax: (213) 226-4684
Email: lrosen@rosenlegal.com

*Local Counsel for Michiana Area*
*Electrical Workers' Pension Fund*

*[Additional Counsel on Signature Page]*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| JERIES SALEH, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ASTRAZENECA PLC, PASCAL SORIOT and ARADHANA SARIN,<br><br>Defendants. | 2:24-cv-11021-JFW-AS<br><br>CLASS ACTION<br><br>**NOTICE OF MOTION AND MOTION FOR APPOINTMENT OF MICHIANA AREA ELECTRICAL WORKERS' PENSION FUND AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL**<br><br>Date: March 24, 2025<br>Time: 1:30 PM<br>Courtroom: 7A<br>Judge: Hon. John F. Walter |

NOTICE OF MOTION AND MOTION FOR APPOINTMENT OF MAEW AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL – 2:24-CV-11021-JFW-AS

## **NOTICE OF MOTION AND MOTION**

PLEASE TAKE NOTICE that on March 24, 2025, at 1:30 PM, or as soon thereafter as the matter can be heard, in the courtroom of the Honorable John F. Walter, in Courtroom 7A, 350 West First Street, Los Angeles, CA 90012, Michiana Area Electrical Workers' Pension Fund ("MAEW") will and does move this Court for entry of an Order: (i) appointing the MAEW as Lead Plaintiff; (ii) approving MAEW's selection of Grant & Eisenhofer P.A. ("G&E") as Lead Counsel; and (iii) granting any further relief that the Court may deem just and proper.

This motion is brought pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 ("Exchange Act"), 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA") and the Federal Rules of Civil Procedure. In support of this Motion, MAEW submits a Memorandum of Points and Authorities in support thereof and the Declaration of Karin E. Fisch and the exhibits attached thereto, and all of the prior pleadings and other files in this matter, and such other written or oral arguments as may be permitted by the Court.

This Motion is made on the grounds that MAEW is the "most adequate plaintiff" under the PSLRA and should therefore be appointed Lead Plaintiff. Specifically, MAEW believes it has the "largest financial interest" in the relief sought by the Class in this action by virtue of, among other things, its approximate

1

loss of $37,364—as calculated under a last-in, first-out basis—which it incurred on its purchases of approximately 3,826 shares of AstraZeneca PLC securities between February 23, 2022 and December 17, 2024, both dates inclusive. MAEW otherwise satisfies the requirements of Rule 23 of the Federal Rules of Civil Procedure because its claims are typical of other Class members' claims and because it will fairly and adequately represent the interests of the Class. Moreover, MAEW is a paradigmatic Lead Plaintiff under the PSLRA because it is a sophisticated institutional investor with lead plaintiff experience and a substantial financial stake in the litigation, which guarantees effective monitoring and supervision of counsel.

Local Civil Rule 7-3 requires a conference of counsel prior to filing motions. Due to the PSLRA's lead plaintiff procedure, however, MAEW does not and will not know which other entities or persons, if any, plan to move for appointment as lead plaintiff until after the deadline for other movants to file their respective motions has passed. Under these circumstances, MAEW respectfully requests that the conferral requirement of Local Rule 7-3 be waived.

MAEW hereby respectfully requests oral argument.

2

NOTICE OF MOTION AND MOTION FOR APPOINTMENT OF MAEW AS LEAD PLAINTIFF AND
APPROVAL OF SELECTION OF LEAD COUNSEL – 2:24-CV-11021-JFW-AS

Dated: Los Angeles, California
February 21, 2025

Respectfully submitted,

*/s/ Laurence M. Rosen*
Laurence M. Rosen (SBN 219683)
**THE ROSEN LAW FIRM, P.A.**
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Tel.: (213) 785-2610
Fax: (213) 226-4684
Email: lrosen@rosenlegal.com

*Local Counsel for Michiana Area
Electrical Workers' Pension Fund*

Karin E. Fisch (*pro hac vice* pending)
**GRANT & EISENHOFER P.A.**
485 Lexington Avenue
New York, NY 10017
Tel.: (646) 722-8500
Fax: (646) 722-8501
Email: kfisch@gelaw.com

*Counsel for Michiana Area
Electrical Workers' Pension Fund
and Proposed Lead Counsel for the
Class*

3

NOTICE OF MOTION AND MOTION FOR APPOINTMENT OF MAEW AS LEAD PLAINTIFF AND
APPROVAL OF SELECTION OF LEAD COUNSEL – 2:24-CV-11021-JFW-AS

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify under penalty of perjury that on February 21, 2025, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/EMF system which sent notification of such filing to counsel of record.

Executed on February 21, 2025.

/s/    *Laurence M. Rosen*
Laurence M. Rosen

4

NOTICE OF MOTION AND MOTION FOR APPOINTMENT OF MAEW AS LEAD PLAINTIFF AND
APPROVAL OF SELECTION OF LEAD COUNSEL – 2:24-CV-11021-JFW-AS