# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| JERIES SALEH, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ASTRAZENECA PLC, PASCAL SORIOT and ARADHANA SARIN,<br><br>Defendants. | 2:24-cv-11021-JFW-AS<br><br><u>CLASS ACTION</u><br><br>**[PROPOSED] ORDER FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL** |

[PROPOSED] ORDER FOR APPOINTMENT OF LEAD PLAINTIFF AND LEAD COUNSEL – 2:24-cv-11021-JFW-AS

Having considered (a) the motion of Michiana Area Electrical Workers' Pension Fund ("MAEW") for (i) appointment of Lead Plaintiff pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 ("Exchange Act"), 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1934 (the "PSLRA"), and (ii) approval of its selection of Grant & Eisenhofer P.A. as Lead Counsel for the Class; (b) the memorandum of points and authorities in support of the Motion; and (c) the Declaration of Karin E. Fisch and attached exhibits in support of the Motion,

**IT IS HEREBY ORDERED THAT:**

1.    The Motion is GRANTED;

2.    MAEW is hereby APPOINTED as Lead Plaintiff pursuant to Section 21D(a)(3)(B) of the Exchange Act; and

3.    The law firm Grant & Eisenhofer P.A. is hereby APPOINTED as Lead Counsel for the Class.

**IT IS SO ORDERED.**

Dated: _____, 2025

_____
HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE
CENTRAL DISTRICT OF CALIFORNIA

1

[PROPOSED] ORDER FOR APPOINTMENT OF LEAD PLAINTIFF AND LEAD COUNSEL – 2:24-cv-11021-JFW-AS