Laurence M. Rosen (SBN 219683)
**THE ROSEN LAW FIRM, P.A.**
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Tel.: (213) 785-2610
Fax: (213) 226-4684
Email: lrosen@rosenlegal.com

*Local Counsel for Michiana Area*
*Electrical Workers' Pension Fund*

*[Additional Counsel on Signature Page]*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| JERIES SALEH, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ASTRAZENECA PLC, PASCAL SORIOT and ARADHANA SARIN,<br><br>Defendants. | 2:24-cv-11021-JFW-AS<br><br><u>CLASS ACTION</u><br><br>**DECLARATION OF KARIN E. FISCH IN SUPPORT OF MOTION FOR APPOINTMENT OF MICHIANA AREA ELECTRICAL WORKERS' PENSION FUND AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL**<br><br>Date: March 24, 2025<br>Time: 1:30 PM<br>Courtroom: 7A<br>Judge: Hon. John F. Walter |

DECLARATION OF KARIN E. FISCH IN SUPPORT OF MOTION FOR APPOINTMENT OF MAEW AS
LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL – 2:24-cv-11021-JFW-AS

I, Karin E. Fisch, under penalty of perjury and on oath, duly declare and state as follows:

1.    I am a partner of the law firm Grant & Eisenhofer P.A., 485 Lexington Avenue, New York, N.Y. 10017, counsel for movant Michiana Area Electrical Workers' Pension Fund ("MAEW").

2.    I submit this declaration in support of MAEW's motion, pursuant to § 21D of the Securities Exchange Act of 1934, as amended by the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(3)(B), for an order (i) appointing MAEW as Lead Plaintiff in the class action; and (ii) approving MAEW's selection of Grant & Eisenhofer P.A. as Lead Counsel for the class.

3.    Attached as Exhibit A is a true and correct copy of a certification on behalf of the MAEW, attaching a schedule of MAEW's transactions in AstraZeneca PLC securities during the Class Period which are the subject of this action.

4.    Attached as Exhibit B is a true and correct copy of a chart showing MAEW's losses in the transactions of AstraZeneca PLC securities during the Class Period of the action before this Court, i.e., February 23, 2022 and December 17, 2024, both dates inclusive.

DECLARATION OF KARIN E. FISCH IN SUPPORT OF MOTION FOR APPOINTMENT OF MAEW AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL – 2:24-cv-11021-JFW-AS

5.    Attached as Exhibit C is a true and correct copy of a notice caused to be published by the law firm that filed the first-filed complaint in the above-captioned action.

6.    Attached as Exhibit D is a resume of the background and prior cases of Grant & Eisenhofer P.A.

Signed and dated this 21st day of February, 2025 at New York, New York.

By: _____

Karin E. Fisch (*pro hac vice* pending)
**GRANT & EISENHOFER P.A.**
485 Lexington Avenue
New York, NY 10017
Tel.: (646) 722-8500
Fax: (646) 722-8501
Email: kfisch@gelaw.com

*Counsel for Michiana Area*
*Electrical Workers' Pension Fund*
*and Proposed Lead Counsel for the Class*

2

DECLARATION OF KARIN E. FISCH IN SUPPORT OF MOTION FOR APPOINTMENT OF MAEW AS
LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL – 2:24-cv-11021-JFW-AS

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on February 21, 2025, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/EMF system which sent notification of such filing to counsel of record.

Executed on February 21, 2025.

By: Karin E. Fisch

3

DECLARATION OF KARIN E. FISCH IN SUPPORT OF MOTION FOR APPOINTMENT OF MAEW AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL – 2:24-cv-11021-JFW-AS