# Exhibit A

Exhibit A
004

## CERTIFICATION OF MICHIANA AREA ELECTRICAL
## WORKERS' PENSION FUND

We, Eric Grounds and Kevin Stewart, on behalf of the Michiana Area Electrical Workers' Pension Fund ("MAEW"), certify pursuant to 28 U.S.C. § 1746 and 15 U.S.C. § 78u-4 as follows:

1.      We, Eric Grounds and Kevin Stewart, are respectively the Chairman and Secretary of the Board of Trustees of MAEW.  We are familiar with the matters set forth herein and are duly authorized to make this certification on behalf of MAEW.

2.      We have reviewed the initial complaint in the action against AstraZeneca PLC ("AstraZeneca") and the other defendants, styled *Saleh v. AstraZeneca PLC, et al.*, 2:24-cv-11021-JFW-AS (C.D. Cal.).  We authorize the filing of this motion on behalf of MAEW.

3.      MAEW did not purchase or acquire the securities of AstraZeneca at the direction of counsel or in order to participate in any private action.

4.      MAEW is willing to serve as a representative party on behalf of the proposed class, including providing testimony at deposition and trial, if necessary.

5.      Attached as Schedule A to this Certification is a list of MAEW's transactions during the relevant period in AstraZeneca securities that are the subject of the above-captioned action.

6.      During the three-year period preceding the date of this certification, MAEW has served as a representative party on behalf of a class asserting claims under the federal securities laws of the United States in the action styled *In re JP Morgan Chase & Co. Sec. Litig.*, No. 1:20-cv-05124-ENV-RML (E.D.N.Y.).

7.      MAEW will not accept any payment for serving as a representative party on behalf of the proposed beyond its pro rata share of any recovery, except as ordered or approved by the Court.

We declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and accurate.

Executed this 20th day of February, 2025.

MICHIANA AREA ELECTRICAL
WORKERS' PENSION FUND

By:
*eric J grounds*

Eric Grounds    42LJ3KK9-4LJ78R3L
Chairman

By:
*Kevin S. Stewart*

Kevin Stewart    1X368VVV-4LJ78R3L
Secretary

## Astra Zeneca PLC -- Schedule A
## Michiana Area Electrical Workers' Pension Fund

**Cusip:**        046353108
**Ticker:**        AZN
**Class Period:**    February 23, 2022 through December 17, 2024

**Beginning Holdings:** 0 shares

| Purchases | | | | Sales | | |
|-----------|----------|--------|--|------------|----------|-------|
| Trade Date | Quantity | Price | | Trade Date | Quantity | Price |
| 05/21/24 | 3,826 | $78.61 | | | | |