# Exhibit B



**Astra Zeneca PLC**
**February 23, 2022 through December 17, 2024**
**Michiana Area Electrical Workers' Pension Fund**

| Loss Summary: | Shares | Avg Price | Value | Losses by section |
|---|---|---|---|---|
| Section I: Opening Position | 0 | | | |
| Section I: Sales Ignored | 0 | | $0 | |
| Section II Purchases: Purchased and Sold in the Period | 0 | | $0 | |
| Section II Sales:  Purchased and Sold in the Period | 0 | | $0 | $0 |
| Section III Purchases: Purchased in and Sold After the Period | 0 | | $0 | |
| Section III Sales: Purchased in and Sold After the Period | 0 | | $0 | $0 |
| Section IV Purchases: Purchased and Held | 3,826 | $78.61 | $300,773 | ($37,364) |
| 90-Day Average Lookback Price | | $68.8473 | | |
| **Total LIFO Losses** | | | | **($37,364)** |



**Astra Zeneca PLC**
**February 23, 2022 through December 17, 2024**
**Michiana Area Electrical Workers' Pension Fund**

**Lookback Range:**    **12/18/24 - 2/20/25**

| Trade Date | Shares | Price | Total | Trade Date | Shares | Price | Total | (Loss) on Shares Held | (Loss) on Holdings @ $68.8473 | Total (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|
| ---------------------Purchases--------------------- | | | | -----------------------------Sales----------------------------- | | | | | | |

**I. Share Sales Matched Against Pre-Class Period Holdings**

Open position    -

| Subtotal (I) | 0 | | $0 | 0 | | $0 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|

**II. Shares Purchased and Sold Within Class Period (LIFO Basis)**
*Formula:* (sales price - purchase price) x shares sold

| Subtotal (II) | 0 | | $0 | 0 | | $0 | | | | $0 |
|---|---|---|---|---|---|---|---|---|---|---|

**III. Shares Purchased During Class Period and Sold After End of Class Period (LIFO Basis)**
*Formula:* (sales price - purchase price) x shares sold

| Subtotal (III) | 0 | | $0 | 0 | | $0 | | | | $0 |
|---|---|---|---|---|---|---|---|---|---|---|

**IV. Shares Purchased During Class Period and Still Held (LIFO Basis)**
*Formula:* (PSLRA "lookback period" average closing price - purchase price) x shares held

| 05/21/24 | 3,826 | $78.61 | $300,773 | | | | | ($9.77) | ($37,363.71) | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Subtotal (IV)** | **3,826** | **$78.61** | **$300,773** | | | | | | **($37,363.71)** | **($37,364)** |

**TOTAL (II - IV)  LIFO Losses**    **($37,364)**

Exhibit B
010