ROBBINS GELLER RUDMAN
  & DOWD LLP
SCOTT H. SAHAM (188355)
DANIELLE S. MYERS (259916)
MICHAEL ALBERT (301120)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
scotts@rgrdlaw.com
dmyers@rgrdlaw.com
malbert@rgrdlaw.com

Proposed Lead Counsel for Proposed Lead Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JERIES SALEH, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> ASTRAZENECA PLC, <br><br> Defendants. | Case No. 2:24-cv-11021-JFW-AS <br><br> CLASS ACTION <br><br> NOTICE OF MOTION AND MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL <br><br> DATE:       March 24, 2025 <br> TIME:        1:30 p.m. <br> CTRM:      7A <br> JUDGE:     Hon. John F. Walter |

4920-7615-0046.v1

TO:  ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that on Monday, March 24, 2025 at 1:30 p.m., or as soon thereafter as the matter may be heard by the Honorable John F. Walter, Courtroom 7A, 350 W. 1st Street, Los Angeles, California 90012, Teamsters Local 710 Pension Fund and St. Clair County Employees' Retirement System (collectively, the "Pension Funds") will and hereby do move this Court for an order appointing the Pension Funds as Lead Plaintiff and approving their selection of Robbins Geller Rudman & Dowd LLP as Lead Counsel pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. §78u-4(a)(3)(B).[1]  In support of this Motion, the Pension Funds submit the accompanying Memorandum of Law, the Declaration of Michael Albert, and a [Proposed] Order.

DATED:  February 21, 2025

ROBBINS GELLER RUDMAN
 & DOWD LLP
SCOTT H. SAHAM
DANIELLE S. MYERS
MICHAEL ALBERT

s/ Michael Albert
MICHAEL ALBERT

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
scotts@rgrdlaw.com
dmyers@rgrdlaw.com
malbert@rgrdlaw.com

Proposed Lead Counsel for Proposed Lead Plaintiff

---

[1]  Because the PSLRA permits any "purported class member . . . including any motion by a class member who is not individually named as a plaintiff in the complaint" to file a motion for appointment as lead plaintiff, 15 U.S.C. §78u-4(a)(3)(B)(i), the Pension Funds cannot ascertain whether any other parties will also seek appointment as lead plaintiff until after the deadline expires on February 21, 2025. Accordingly, the Pension Funds' counsel respectfully requests that compliance with the meet-and-confer requirements of Local Rule 7-3 be waived due to the fact that the Pension Funds cannot confer with unknown movants.

- 1 -

VANOVERBEKE, MICHAUD
  & TIMMONY, P.C.
THOMAS C. MICHAUD
79 Alfred Street
Detroit, MI  48201
Telephone:  313/578-1200
313/578-1201 (fax)
vanoverbeke@vmtlaw.com
tmichaud@vmtlaw.com

Additional Counsel

4920-7615-0046.v1