UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JERIES SALEH, Individually and on Behalf of All Others Similarly Situated, ) | Case No. 2:24-cv-11021-JFW-AS |
| Plaintiff, ) | CLASS ACTION |
| vs. ) | [PROPOSED] ORDER GRANTING MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL |
| ASTRAZENECA PLC, ) | |
| Defendants. ) | |

4916-6969-5262.v1

Having considered Teamsters Local 710 Pension Fund and St. Clair County Employees' Retirement System's motion for appointment as lead plaintiff and approval of selection of lead counsel (the "Motion") and good cause appearing therefor, the Court ORDERS as follows:

1.    The Motion is GRANTED.

2.    The file in 2:24-cv-11021 shall be the master file for the action.  All securities class actions arising out of substantially similar facts and claims on behalf of purchasers or acquirers of AstraZeneca PLC securities subsequently filed in, or transferred to, this District shall be consolidated into this action.  The parties shall notify the Court of any other such related action within a reasonable time of becoming aware of such related action.  This Order shall apply to every such action, absent an order of the Court.  A party objecting to such consolidation, or to any other provisions of this Order, must file an application for relief from this Order within ten days after the action is consolidated into this action.

3.    Teamsters Local 710 Pension Fund and St. Clair County Employees' Retirement System are appointed Lead Plaintiff pursuant to 15 U.S.C. §78u-4(a)(3)(B)(iii).

4.    Teamsters Local 710 Pension Fund and St. Clair County Employees' Retirement System's selection of Robbins Geller Rudman & Dowd LLP as Lead Counsel is hereby approved pursuant to 15 U.S.C. §78u-4(a)(3)(B)(v).  Lead Counsel shall have the following responsibilities and duties on behalf of Lead Plaintiff and the putative class: the briefing and argument of any and all motions; the conduct of any and all discovery proceedings including depositions; settlement negotiations; the pretrial discovery proceedings and the preparation for trial and the trial of this matter, and delegation of work responsibilities to selected counsel as may be required; the preparation and filing

- 1 -

4916-6969-5262.v1

of all pleadings; and the supervision of all other matters concerning the prosecution or resolution of the action.

\*    \*    \*

O R D E R

IT IS SO ORDERED.

DATED: _____       _____
THE HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE

- 2 -

4916-6969-5262.v1