ROBBINS GELLER RUDMAN
  & DOWD LLP
SCOTT H. SAHAM (188355)
DANIELLE S. MYERS (259916)
MICHAEL ALBERT (301120)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
scotts@rgrdlaw.com
dmyers@rgrdlaw.com
malbert@rgrdlaw.com

Proposed Lead Counsel for Proposed Lead Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JERIES SALEH, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> ASTRAZENECA PLC, <br><br> Defendants. | Case No. 2:24-cv-11021-JFW-AS <br><br> CLASS ACTION <br><br> DECLARATION OF MICHAEL ALBERT IN SUPPORT OF MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL <br><br> DATE: March 24, 2025 <br> TIME: 1:30 p.m. <br> CTRM: 7A <br> JUDGE: Hon. John F. Walter |

4901-3805-3662.v1

I, Michael Albert, declare as follows:

1. I am an attorney duly licensed to practice before all of the courts of the State of California and this Court. I am a member of the law firm of Robbins Geller Rudman & Dowd LLP, counsel for Teamsters Local 710 Pension Fund and St. Clair County Employees' Retirement System (collectively, the "Pension Funds"), and proposed lead counsel for the class in the above-captioned action. I make this declaration in support of the Pension Funds' Motion for Appointment as Lead Plaintiff and Approval of Lead Plaintiff's Selection of Lead Counsel. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. Attached are true and correct copies of the following exhibits:

Exhibit A: Notice of pendency of class action published in *Business Wire*, a widely circulated national business-oriented publication or wire service, on December 23, 2024;

Exhibit B: The Pension Funds' sworn Certifications;

Exhibit C: The Pension Funds' estimated losses, prepared by counsel; and

Exhibit D: The Pension Funds' Joint Declaration.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 21st day of February, 2025.

s/ Michael Albert
MICHAEL ALBERT

- 1 -

4901-3805-3662.v1