# EXHIBIT B

## CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAWS

Teamsters Local 710 Pension Fund ("Plaintiff") declares:

1.      Plaintiff has reviewed a complaint and authorized its filing.  Plaintiff has authorized the filing of a motion for appointment as lead plaintiff.

2.      Plaintiff did not acquire the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.

3.      Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4.      Plaintiff has made the following transaction(s) during the Class Period in the securities that are the subject of this action: *See* attached Schedule A.

5.      (a)      Plaintiff has been appointed to serve as a representative party for a class in the following actions filed under the federal securities laws within the three-year period prior to the date of this Certification:

*The Buhrke Family Revocable Trust v. U.S. Bancorp*, No. 1:22-cv-09174 (S.D.N.Y.)
*Bristol County Ret. System v. QuidelOrtho Corporation f/k/a Quidel Corporation*, No. 1:24-cv-02804 (S.D.N.Y.)

(b)      Plaintiff is seeking to serve as a representative party for a class in the following actions filed under the federal securities laws:

*Guzman v. Ford Motor Company*, No. 2:24-cv-12080 (E.D. Mich.)

(c)      Plaintiff initially sought to serve as a representative party for a class in the following actions filed under the federal securities laws within the three-year period prior to the date of this Certification:

*City of North Miami Beach Police Officers' & Firefighters' Retirement Plan v. Barclays PLC*, No. 1:22-cv-08172 (S.D.N.Y.)
*Cleveland Bakers and Teamsters Pension Fund v. Lamb Weston Holdings, Inc.*, No. 1:24-cv-00282 (D. Idaho)

6.      Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery,

ASTRAZENECA

except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 19th day of February, 2025.

Teamsters Local 710 Pension Fund

By: _Michael O'Malley_

Michael O'Malley, Administrator

- 2 -

ASTRAZENECA

## SCHEDULE A

### SECURITIES TRANSACTIONS

**ADR**

| Date Acquired | Amount of Shares Acquired | Price |
|---|---|---|
| 07/14/2022 | 800 | $64.92 |
| 07/14/2022 | 2,000 | $65.00 |
| 07/15/2022 | 400 | $65.68 |
| 07/15/2022 | 3,200 | $65.99 |
| 07/15/2022 | 3,300 | $66.41 |
| 07/15/2022 | 3,400 | $66.69 |
| 07/15/2022 | 6,600 | $66.56 |
| 05/21/2024 | 17,736 | $78.61 |

| Date Disposed | Amount of Shares Disposed | Price |
|---|---|---|
| 07/26/2022 | 19,700 | $66.72 |

Prices listed are rounded up to two decimal places.

## CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAWS

St. Clair County Employees' Retirement System ("Plaintiff") declares:

1.     Plaintiff has reviewed a complaint and authorized its filing.  Plaintiff has authorized the filing of a motion for appointment as lead plaintiff.

2.     Plaintiff did not acquire the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.

3.     Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4.     Plaintiff has made the following transaction(s) during the Class Period in the securities that are the subject of this action:  *See* attached Schedule A.

5.     Plaintiff has not sought to serve or served as a representative party in a class action that was filed under the federal securities laws within the three-year period prior to the date of this Certification except as detailed below:

*Skolnick v. Evolution AB (publ),* No. 2:24-cv-00326 (E.D. Pa.)

6.     Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this _18th dlm_ day of February, 2025.

St. Clair County Employees' Retirement System

By: _Deborah L. Martin_

Its:     Deborah L. Martin, Chairperson
St. Clair County Employees Retirement System

ASTRAZENECA

Exhibit B
006

## SCHEDULE A

## SECURITIES TRANSACTIONS

**ADR**

| Date Acquired | Amount of Shares Acquired | Price |
|---|---|---|
| 07/01/2022 | 8,342 | $65.11 |
| 07/05/2022 | 7,284 | $65.13 |
| 04/25/2024 | 1,185 | $75.25 |
| 04/25/2024 | 1,486 | $75.35 |

| Date Disposed | Amount of Shares Disposed | Price |
|---|---|---|
| 09/26/2022 | 8,759 | $53.06 |
| 12/14/2022 | 62 | $70.48 |
| 02/23/2023 | 134 | $67.35 |
| 03/01/2024 | 264 | $64.57 |
| 10/23/2024 | 293 | $76.87 |

Prices listed are rounded up to two decimal places.

Exhibit B
007