# EXHIBIT C

Case 1:25-cv-04088-VSB-RWL    Document 20-3    Filed 02/21/25    Page 2 of 2

Class Period: 02/23/2022 - 12/17/2024                                    AstraZeneca PLC

| Name | Date | Shares Acquired | Price | Total Cost | Date | Shares Disposed | Price | Total Proceeds | Total Gain (Loss)* |
|------|------|----------------|-------|-----------|------|-----------------|-------|----------------|--------------------|
| **Teamsters Local 710 Pension Fund** | 05/21/2024 | 17,736 | $78.61 | $1,394,280.17 | held | 17,736 | $68.85 | $1,221,075.04 | |
| | 07/15/2022 | 6,600 | $66.56 | $439,311.18 | 07/26/2022 | 6,600 | $66.72 | $440,352.00 | |
| | 07/15/2022 | 3,400 | $66.69 | $226,749.06 | 07/26/2022 | 3,400 | $66.72 | $226,848.00 | |
| | 07/15/2022 | 3,300 | $66.41 | $219,160.59 | 07/26/2022 | 3,300 | $66.72 | $220,176.00 | |
| | 07/15/2022 | 3,200 | $65.99 | $211,177.60 | 07/26/2022 | 3,200 | $66.72 | $213,504.00 | |
| | 07/15/2022 | 400 | $65.68 | $26,273.24 | 07/26/2022 | 400 | $66.72 | $26,688.00 | |
| | 07/14/2022 | 2,000 | $65.00 | $130,000.00 | 07/26/2022 | 2,000 | $66.72 | $133,440.00 | |
| | 07/14/2022 | 800 | $64.92 | $51,933.44 | 07/26/2022 | 800 | $66.72 | $53,376.00 | |
| | | **37,436** | | **$2,698,885.28** | | **37,436** | | **$2,535,459.04** | **($163,426.24)** |
| **St. Clair County Employees' Retirement System** | 04/25/2024 | 293 | $75.35 | $22,076.76 | 10/23/2024 | 293 | $76.87 | $22,524.05 | |
| | 04/25/2024 | 1,193 | $75.35 | $89,889.33 | held | 1,193 | $68.85 | $82,134.78 | |
| | 04/25/2024 | 1,185 | $75.25 | $89,170.78 | held | 1,185 | $68.85 | $81,584.01 | |
| | 07/05/2022 | 7,284 | $65.13 | $474,385.80 | 09/26/2022 | 7,284 | $53.06 | $386,515.99 | |
| | 07/01/2022 | 1,475 | $65.11 | $96,043.89 | 09/26/2022 | 1,475 | $53.06 | $78,268.96 | |
| | 07/01/2022 | 62 | $65.11 | $4,037.10 | 12/14/2022 | 62 | $70.48 | $4,369.97 | |
| | 07/01/2022 | 134 | $65.11 | $8,725.34 | 02/23/2023 | 134 | $67.35 | $9,025.09 | |
| | 07/01/2022 | 264 | $65.11 | $17,190.23 | 03/01/2024 | 264 | $64.57 | $17,045.24 | |
| | 07/01/2022 | 6,407 | $65.11 | $417,188.60 | held | 6,407 | $68.85 | $441,104.41 | |
| | | **18,297** | | **$1,218,707.82** | | **18,297** | | **$1,122,572.49** | **($96,135.32)** |
| **Movants' Total** | | **55,733** | | **$3,917,593.10** | | **55,733** | | **$3,658,031.53** | **($259,561.57)** |

*For shares held at the end of the class period, losses are calculated by multiplying the shares held by the average share price during the 90 calendar days after the end of the class period.  The price used is $68.85 as of February 20, 2025 for ADR.

Prices listed are rounded up to two decimal places.

Exhibit C
008