# EXHIBIT D

JOINT DECLARATION IN SUPPORT OF MOTION FOR APPOINTMENT AS
LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL

We, the representatives of the Teamsters Local 710 Pension Fund and St. Clair County Employees' Retirement System (collectively, "the Pension Funds"), pursuant to 28 U.S.C. §1746, declare as follows:

1.      We respectfully submit this Joint Declaration in support of the Pension Funds' motion for appointment as lead plaintiff pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA") and for approval of our selection of Robbins Geller Rudman & Dowd LLP as lead counsel.  We each have personal knowledge about the information in this Joint Declaration relating to our own activities, actions, and beliefs.

2.      I, Michael O Malley, am the Administrator of Teamsters Local 710 Pension Fund and am authorized to make this Declaration on its behalf.  Teamsters Local 710 Pension Fund is a defined benefit union pension fund headquartered in Mokena, Illinois.  Teamsters Local 710 Pension Fund purchased AstraZeneca PLC American Depositary Shares as set forth in Teamsters Local 710 Pension Fund's Certification that accompanies its motion.  Teamsters Local 710 Pension Fund understands that this case is governed by the PSLRA, and is familiar with the obligations and responsibilities owed to a class through its service as a lead plaintiff in federal securities class actions, including alongside other institutional investors.

3.      I, Deborah Martin, am the Chairperson of St. Clair County Employees' Retirement System and am authorized to make this Declaration on its behalf.  St. Clair

- 1 -

Exhibit D
010

County Employees' Retirement System is a public employee retirement system, based in Port Huron, Michigan. St. Clair County Employees' Retirement System purchased AstraZeneca PLC American Depositary Shares as set forth in St. Clair County Employees' Retirement System's Certification that accompanies its motion. St. Clair County Employees' Retirement System understands that this case is governed by the PSLRA, and is familiar with the obligations and responsibilities owed to a class through its service as a lead plaintiff in federal securities class actions, including alongside other institutional investors.

4. Teamsters Local 710 Pension Fund and St. Clair County Employees' Retirement System are strongly motivated to recover the significant losses that the Pension Funds and the class suffered as a result of defendants' alleged violations of federal securities laws. The Pension Funds' primary goal in seeking appointment as lead plaintiff is to ensure that this litigation is supervised by experienced and sophisticated institutional investors and efficiently and effectively prosecuted to achieve the best possible recovery for the class. Further, the Pension Funds are committed to addressing the misconduct alleged in this case, which raises concerns about the integrity of public markets and threatens the interests of institutional investors. The Pension Funds have a significant financial stake in the claims against defendants and are committed to ensuring the lawsuit is litigated as zealously and efficiently as possible, in accordance with their duties under the PSLRA.

Exhibit D
011

5.      The Pension Funds have staff professionals to ensure effective oversight of counsel and this litigation.  Each entity manages substantial assets for their participants and serves as a fiduciary to a large number of beneficiaries.  The Pension Funds both have prior experience serving as fiduciaries and in selecting, hiring, and overseeing lawyers in complex securities litigation.

6.      In exploring their potential leadership of this action, the Pension Funds sought to collaborate with other sophisticated institutional investors in seeking joint lead plaintiff appointment.  Representatives of the Pension Funds decided to seek appointment as lead plaintiff based on the ability to share and combine experience and resources, our common perspectives as fiduciaries to our respective members, and shared goals and interests in protecting and maximizing pension and retirement fund assets.

7.      Before filing our motion, Teamsters Local 710 Pension Fund and St. Clair County Employees' Retirement System discussed and coordinated our leadership of this litigation.  We discussed the merits of the action and oversight of counsel, including the strategy for joint prosecution of the case, the status of Robbins Geller's investigation into AstraZeneca, the strengths of seeking appointment together as institutional investors with substantial losses, the lead plaintiff's responsibilities, our commitment to act in the class's best interests, and the lead plaintiff motion process.  Moreover, we agreed to protocols regarding how we will jointly prosecute

- 3 -

Exhibit D
012

the case, including how we would approach any potential differences of opinion arising during the joint decision-making process. As we already have done, we will continue to convene calls, attend in-person meetings, and/or confer between and amongst ourselves, and with counsel, as often and regularly as necessary to ensure responsible oversight and direction of counsel if we are appointed lead plaintiff.

8. We understand that a lead plaintiff acts on behalf of and for the benefit of all potential class members. We are aware that the lead plaintiff's responsibilities include interacting with and directing counsel, reviewing important documents in the case, attending important court hearings and trial as necessary, participating in discovery, overseeing settlement discussions, and authorizing any potential settlement on behalf of the class. We are willing and able to undertake these responsibilities on behalf of the class.

9. We understand that, as lead plaintiff, it is our responsibility to select counsel for the class. We have selected Robbins Geller as Lead Counsel based on the firm's extensive securities litigation experience in this Court and around the country and its recovery of billions of dollars on behalf of defrauded investors in complex securities cases like this.

10. We are also aware that institutional investors serving as lead plaintiff generally achieve higher recoveries for class members than individual investors do.

- 4 -

11. Based on these facts, we believe that, if appointed by the Court, our service as lead plaintiff and oversight of Robbins Geller will result in an optimal outcome for the putative class.

I, Michael O Malley, declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed on February $^{21}$, 2025.

Signed by:

*Michael O'Malley*

8E904EB3FBFF438...

TEAMSTERS LOCAL 710 PENSION FUND
By: Michael O Malley, Administrator

I, Deborah Martin, declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed on February $^{21}$, 2025.

Signed by:

*Deborah Martin*

D4D7E9EFB79042A...

ST. CLAIR COUNTY EMPLOYEES'
RETIREMENT SYSTEM
By: Deborah Martin, Chairperson

- 5 -