HENRY ROSEN (Bar No. 156963)
hrosen@dicellolevitt.com
BRIAN O. O'MARA (Bar No. 229737)
briano@dicellolevitt.com
HANI Y. FARAH (Bar No. 307622)
hfarah@dicellolevitt.com
KELSEY ANDERSON (Bar No. 359467)
kanderson@dicellolevitt.com
**DiCELLO LEVITT LLP**
4747 Executive Dr., Suite 240
San Diego, CA  92121
Tel.:  (619) 923-3939

*Proposed Lead Counsel for Proposed Lead Plaintiff*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JERIES SALEH, Individually and on Behalf of All Others Similarly Situated,　　)<br><br>Plaintiff,　　　)<br><br>　　vs.　　　)<br><br>ASTRAZENECA PLC, PASCAL SORIOT, and ARADHANA SARIN,　)<br><br>Defendants.　　)<br>_____x | Case No. 2:24-cv-11021<br><br>**CLASS ACTION**<br><br>NOTICE OF MOTION AND THE INSTITUTIONAL INVESTOR FUNDS' MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL<br><br>DATE:　　March 24, 2025<br>TIME:　　1:30 p.m.<br>CTRM:　　7A<br>JUDGE:　　Hon. John F. Walter |

TO: ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that on Monday, March 24, 2024 at 1:30 p.m., or as soon thereafter as the matter may be heard by the Honorable John F. Walter, in Courtroom 7A of the United State District Court, 350 W. 1st Street, Los Angeles, CA 90012, C+F (C+F World Equities and C+F Very Low) and Universal Invest (Universal Invest Dynamic, Universal Invest High, Universal Invest Medium and Universal Invest Low) (together, "Institutional Investor Funds") will and hereby do move this Court for an order appointing the Institutional Investor Funds as Lead Plaintiff and approving their selection of DiCello Levitt LLP as Lead Counsel pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. §78u-4(a)(3)(B).  This motion is made on the grounds that the Institutional Investor Funds satisfy all of the PSLRA's lead plaintiff requirements; they possess the largest financial interest in the relief sought by the class of any lead plaintiff movant before the Court, and otherwise satisfy the typicality and adequacy requirements of Rule 23 of the Federal Rules of Civil Procedure.  In support of this Motion, the Institutional Investor Funds submit the accompanying Memorandum of Law, the Declaration of Brian O. O'Mara, and a [Proposed] Order.

**L.R. 7-3 CERTIFICATION**

Counsel for the Institutional Investor Funds is aware of this Court's rule requiring that the parties' counsel make a good faith effort through personal or telephone conferences to resolve any dispute before filing a motion.  This motion, however, is made pursuant to a federal statute requiring any class member wishing to move for lead plaintiff appointment, regardless of whether they filed a complaint, to file a motion for appointment as lead plaintiff no later than 60 days after publication of notice of the first-filed action.  Here, that notice was published on December 23, 2024, requiring class members to file any motions for appointment as lead plaintiff no later than February 21, 2025.  Because this motion is required by

- 1 -

Notice of Motion and the Institutional Investor Funds' Motion for Appointment as Lead Plaintiff and Approval of Lead Plaintiff's Selection of Lead Counsel – No. 2:24-cv-11021

statute, and counsel for movants herein will not know all the pertinent parties until after that deadline has expired, counsel respectfully requests waiver of compliance with L.R. 7-3 certification.

DATED:  February 21, 2025          Respectfully submitted,

**DiCELLO LEVITT LLP**
HENRY ROSEN
BRIAN O. O'MARA
HANI Y. FARAH
KELSEY ANDERSON


                              s/ Brian O. O'Mara
                              BRIAN O. O'MARA

4747 Executive Dr., Suite 240
San Diego, CA  92121
Tel.:  (619) 923-3939

*Proposed Lead Counsel for Proposed Lead Plaintiff*

- 2 -

Notice of Motion and the Institutional Investor Funds' Motion for Appointment as Lead Plaintiff and Approval of Lead Plaintiff's Selection of Lead Counsel – No. 2:24-cv-11021

**CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury that on February 21, 2025, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

s/ Brian O. O'Mara
BRIAN O. O'MARA

Brian O. O'Mara
briano@dicellolevitt.com
**DiCELLO LEVITT LLP**
4747 Executive Dr., Suite 240
San Diego, CA  92121
Tel.:  (619) 923-3939

Notice of Motion and the Institutional Investor Funds' Motion for Appointment as Lead Plaintiff and Approval of Lead Plaintiff's Selection of Lead Counsel – No. 2:24-cv-11021