HENRY ROSEN (Bar No. 156963)
hrosen@dicellolevitt.com
BRIAN O. O'MARA (Bar No. 229737)
briano@dicellolevitt.com
HANI Y. FARAH (Bar No. 307622)
hfarah@dicellolevitt.com
KELSEY ANDERSON (Bar No. 359467)
kanderson@dicellolevitt.com
**DiCELLO LEVITT LLP**
4747 Executive Dr., Suite 240
San Diego, CA  92121
Tel.:  (619) 923-3939

*Proposed Lead Counsel for Proposed Lead Plaintiff*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JERIES SALEH, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> ASTRAZENECA PLC, PASCAL SORIOT, and ARADHANA SARIN, <br><br> Defendants. | Case No. 2:24-cv-11021 <br><br> **CLASS ACTION** <br><br> DECLARATION OF BRIAN O. O'MARA IN SUPPORT OF THE INSTITUTIONAL INVESTOR FUNDS' MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL <br><br> DATE:  March 24, 2025 <br> TIME:  1:30 p.m. <br> CTRM:  7A <br> JUDGE:  Hon. John F. Walter |

Declaration of Brian O. O'Mara in Support of the Institutional Investor Funds' Motion for Appointment as Lead Plaintiff and Approval of Lead Plaintiff's Selection of Lead Counsel – No. 2:24cv11021

I, Brian O. O'Mara, declare as follows:

1.      I am an attorney duly licensed to practice before all of the courts of the State of California and this Court.  I am a partner of DiCello Levitt LLP, counsel for related funds C+F (C+F World Equities and C+F Very Low) and Universal Invest (Universal Invest Dynamic, Universal Invest High, Universal Invest Medium and Universal Invest Low) (collectively, the "Institutional Investor Funds"), and proposed lead counsel for the class in the above-captioned action.  I make this declaration in support of the Institutional Investor Funds' Motion for Appointment as Lead Plaintiff and Approval of Lead Plaintiff's Selection of Lead Counsel.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.      Attached hereto as exhibits are true and correct copies of the following:

Exhibit A:  Notice of pendency of class action published on *Business Wire*, a widely circulated national business-oriented publication or wire service, on December 23, 2024;

Exhibit B:   The Institutional Investor Funds' sworn Certifications;

Exhibit C:  Chart of the Institutional Investor Funds' estimated losses, prepared by counsel;

Exhibit D:   Declaration of Johan Verbist;

Exhibit E:   Declaration of Cathy Arendt; and

Exhibit F:   Firm Résumé of DiCello Levitt LLP.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 21st day of February, 2025.

                                        s/ Brian O. O'Mara
                                        BRIAN O. O'MARA

- 1 -

Declaration of Brian O. O'Mara in Support of the Institutional Investor Funds' Motion for Appointment as Lead Plaintiff and Approval of Lead Plaintiff's Selection of Lead Counsel – No. 2:24cv11021