# Exhibit B

## CERTIFICATION

C+F (C+F World Equities and C+F Very Low) ("C+F" or "Plaintiff") declares as to the claims asserted under the federal securities laws that:

1.  Plaintiff did not purchase the securities that are the subject of this action at the direction of Plaintiff's counsel or in order to participate in any private action.

2.  Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary, and will actively monitor and vigorously pursue this action for the benefit of the class.

3.  Plaintiff's Class Period purchase and sale transactions in the AstraZeneca PLC securities that are the subject of this action are attached in Schedule A.

4.  The signatories below are authorized to execute this Certification on behalf of C+F.

5.  Plaintiff has fully reviewed the facts and allegations of a complaint filed in this action and has authorized the filing of the motion for appointment as Lead Plaintiff on its behalf in this action.

6.  Plaintiff has not sought to serve or served as a representative party for a class action filed under the federal securities laws within the three-year period prior to the date of this Certification except as detailed below:

*In re Nike Inc. Sec. Litig.*, No. 3:24-cv-00974 (D. Or. Aug. 19, 2024)

7.   Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond Plaintiff's *pro rata* share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the Court.

We declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

C+F

Signed: _____

Digitaal ondertekend
door Buysschaert
Michel Eric C

Print Name: _____

Datum: 19/02/2025
08:23:16

Title: _____

Date: _____

C+F

Signed: _____

Digitaal ondertekend
door De Winter Paul
Maurice E

Print Name: _____

Datum: 20/02/2025
14:50:04

Title: _____

Date: _____

| Schedule A |
| :---: |
| C+F |
| (C+F World Equities) |
| Transactions in AstraZeneca PLC Spons ADR |

| Spons ADR Purchases |
| :---: |

| Date | Shares | Price |
| --- | --- | --- |
| 03/01/22 | 15,273 | $61.61 |
| 03/16/22 | 17,872 | $61.60 |
| 04/12/22 | 7,320 | $68.91 |
| 06/13/22 | 8,206 | $60.10 |
| 07/08/22 | 8,042 | $66.90 |
| 07/13/22 | 3,202 | $66.21 |
| 07/15/22 | 3,047 | $66.47 |
| 07/28/22 | 8,770 | $66.12 |
| 08/03/22 | 10,206 | $65.02 |
| 09/20/22 | 8,047 | $57.56 |
| 10/03/22 | 10,149 | $55.19 |
| 10/20/22 | 7,250 | $54.37 |
| 11/09/22 | 11,538 | $61.71 |
| 11/23/22 | 14,133 | $66.23 |
| 12/23/22 | 9,304 | $67.86 |
| 01/30/23 | 14,912 | $66.10 |
| 04/19/23 | 9,285 | $74.60 |
| 05/02/23 | 11,636 | $73.74 |
| 05/24/23 | 3,943 | $72.78 |
| 05/30/23 | 8,179 | $72.10 |
| 06/22/23 | 9,937 | $73.68 |
| 07/19/23 | 12,510 | $67.73 |
| 08/11/23 | 7,314 | $70.53 |
| 09/01/23 | 11,957 | $68.18 |
| 10/02/23 | 7,773 | $66.58 |
| 10/16/23 | 11,081 | $67.52 |
| 11/30/23 | 8,118 | $64.12 |
| 12/06/23 | 6,151 | $64.21 |
| 12/14/23 | 12,533 | $66.56 |
| 12/20/23 | 10,463 | $66.40 |
| 12/27/23 | 8,641 | $67.30 |
| 01/02/24 | 12,331 | $68.43 |
| 01/16/24 | 25,693 | $67.60 |
| 02/09/24 | 10,254 | $62.40 |

| Date | Shares | Price |
|---|---|---|
| 02/22/24 | 13,136 | $63.82 |
| 03/06/24 | 14,774 | $65.16 |
| 05/03/24 | 16,398 | $75.62 |
| 05/23/24 | 21,224 | $79.13 |
| 05/24/24 | 20,892 | $78.44 |
| 05/28/24 | 15,240 | $76.86 |
| 05/30/24 | 21,764 | $75.92 |
| 05/30/24 | 21,816 | $76.80 |
| 06/03/24 | 21,393 | $79.27 |
| 06/04/24 | 21,075 | $79.62 |
| 06/05/24 | 20,902 | $80.49 |
| 06/06/24 | 6,064 | $80.63 |
| 06/07/24 | 20,926 | $80.25 |
| 06/17/24 | 12,985 | $79.07 |
| 06/27/24 | 7,715 | $78.72 |
| 07/09/24 | 15,612 | $76.62 |
| 07/17/24 | 8,355 | $79.56 |
| 07/19/24 | 22,088 | $78.28 |
| 07/22/24 | 13,869 | $79.24 |
| 07/30/24 | 21,740 | $78.76 |
| 07/31/24 | 32,795 | $79.24 |
| 08/01/24 | 39,031 | $79.86 |
| 08/19/24 | 41,904 | $85.10 |
| 08/26/24 | 25,005 | $86.62 |
| 09/09/24 | 13,156 | $83.06 |
| 09/27/24 | 10,000 | $78.03 |
| 10/24/24 | 11,566 | $76.14 |
| 10/28/24 | 11,011 | $75.51 |
| 11/04/24 | 8,728 | $71.72 |
| 11/07/24 | 10,330 | $63.76 |
| 12/02/24 | 22,825 | $66.98 |

| Spons ADR Sales | | |
|---|---|---|
| Date | Shares | Price |
| 06/26/24 | 123,193 | $79.31 |

**Schedule A**
**C+F**
**(C+F Very Low)**
**Transactions in AstraZeneca PLC Spons ADR**

**Spons ADR Purchases**

| Date | Shares | Price |
|---|---|---|
| 11/17/23 | 163 | $64.10 |
| 05/03/24 | 546 | $75.62 |
| 05/23/24 | 285 | $79.13 |
| 05/24/24 | 275 | $78.44 |
| 05/30/24 | 292 | $75.92 |
| 05/30/24 | 294 | $76.80 |
| 06/03/24 | 288 | $79.27 |
| 06/04/24 | 285 | $79.62 |
| 06/05/24 | 283 | $80.49 |
| 06/07/24 | 280 | $80.25 |
| 06/20/24 | 580 | $78.34 |
| 07/17/24 | 314 | $79.56 |
| 07/19/24 | 313 | $78.28 |
| 07/22/24 | 143 | $79.24 |
| 07/30/24 | 311 | $78.76 |
| 07/31/24 | 477 | $79.24 |
| 09/11/24 | 832 | $79.79 |
| 11/13/24 | 333 | $64.76 |

**Spons ADR Sales**

| Date | Shares | Price |
|---|---|---|
| 03/23/22 | 762 | $63.34 |
| 05/23/22 | 156 | $66.51 |
| 05/23/22 | 546 | $66.52 |
| 05/23/22 | 200 | $66.54 |
| 05/23/22 | 50 | $66.55 |
| 03/28/24 | 579 | $68.06 |
| 05/15/24 | 163 | $77.38 |

**CERTIFICATION**

Universal Invest (Universal Invest Dynamic, Universal Invest High, Universal Invest Medium and Universal Invest Low) ("Universal Invest" or "Plaintiff") declares as to the claims asserted under the federal securities laws that:

1.   Plaintiff did not purchase the securities that are the subject of this action at the direction of Plaintiff's counsel or in order to participate in any private action.

2.   Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary, and will actively monitor and vigorously pursue this action for the benefit of the class.

3.   Plaintiff's Class Period purchase and sale transactions in the AstraZeneca PLC securities that are the subject of this action are attached in Schedule A.

4.   The signatories below are authorized to execute this Certification on behalf of Universal Invest.

5.   Plaintiff has reviewed the facts and allegations of a complaint filed in this action and has authorized the filing of the motion for appointment as Lead Plaintiff on its behalf in this action.

6.   Plaintiff has not sought to serve or served as a representative party for a class action filed under the federal securities laws within the three-year period prior to the date of this Certification except as detailed below:

*In re Nike Inc. Sec. Litig.*, No. 3:24-cv-00974 (D. Or.)

7.    Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond Plaintiff's *pro rata* share of any recovery, except such reasonable costs and expenses

(including lost wages) directly relating to the representation of the class as ordered or approved by the Court.

We declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

UNIVERSAL INVEST

Signed: _____

Print Name: _____

Digitaal ondertekend door
Gilles Wera
(gilles.wera@cadelux.lu)
Datum: 19/02/2025 08:56:40
Ondertekend met eenmalig
e-mailwachtwoord: 756288

Title: _____

Date: _____

UNIVERSAL INVEST

Signed: _____

Print Name: _____

Digitaal ondertekend door
Pierre Kempeneer
(pierre.kempeneer@cadelux.lu)
Datum: 20/02/2025 10:12:56
Ondertekend met eenmalig
e-mailwachtwoord: 945591

Title: _____

Date: _____

AstraZeneca PLC.

**Schedule A**
**Universal Invest**
**(Universal Invest Dynamic)**
**Transactions in AstraZeneca PLC Spons ADR**

**Spons ADR Purchases**

| Date | Shares | Price |
|---|---|---|
| 03/02/22 | 9,532 | $62.2573 |
| 03/15/22 | 21,999 | $60.9795 |
| 06/14/22 | 5,896 | $60.0100 |
| 08/24/23 | 12,595 | $68.6652 |
| 12/11/23 | 2,821 | $63.4044 |
| 12/13/23 | 12,750 | $65.3958 |
| 12/20/23 | 10,453 | $66.3972 |
| 12/28/23 | 21,240 | $67.5156 |
| 01/02/24 | 12,561 | $68.4276 |
| 02/20/24 | 14,501 | $65.3223 |
| 05/23/24 | 19,460 | $79.1308 |
| 05/24/24 | 18,985 | $78.4418 |
| 05/28/24 | 6,717 | $76.8631 |
| 05/30/24 | 19,382 | $75.9214 |
| 05/30/24 | 19,564 | $76.7954 |
| 06/03/24 | 19,191 | $79.2653 |
| 06/04/24 | 15,324 | $79.6190 |
| 06/05/24 | 18,761 | $80.4902 |
| 06/06/24 | 21,857 | $80.6303 |
| 06/07/24 | 18,657 | $80.2525 |
| 07/17/24 | 19,846 | $79.5592 |
| 07/19/24 | 19,760 | $78.2819 |
| 07/22/24 | 15,039 | $79.2356 |
| 07/30/24 | 19,490 | $78.7608 |
| 07/31/24 | 29,452 | $79.2415 |
| 08/19/24 | 37,230 | $85.0992 |
| 08/26/24 | 22,157 | $86.6167 |
| 09/09/24 | 7,214 | $83.0580 |
| 11/12/24 | 6,642 | $64.3734 |
| 12/04/24 | 17,040 | $66.7869 |

| Spons ADR Sales | | |
| --- | --- | --- |
| **Date** | **Shares** | **Price** |
| 03/28/22 | 24,321 | $65.1274 |
| 04/13/22 | 4,388 | $68.5417 |
| 05/13/22 | 7,186 | $62.7530 |
| 05/18/22 | 8,845 | $63.6553 |
| 05/20/22 | 8,670 | $66.1748 |
| 06/14/22 | 20,235 | $59.3250 |
| 06/22/22 | 3,490 | $63.9670 |
| 06/23/22 | 100 | $64.4750 |
| 06/23/22 | 100 | $64.4750 |
| 06/23/22 | 200 | $64.4750 |
| 06/23/22 | 100 | $64.4750 |
| 06/23/22 | 100 | $64.4800 |
| 06/23/22 | 100 | $64.4800 |
| 06/23/22 | 100 | $64.4800 |
| 06/23/22 | 100 | $64.4800 |
| 06/23/22 | 100 | $64.4800 |
| 06/23/22 | 100 | $64.4800 |
| 06/23/22 | 100 | $64.4800 |
| 06/23/22 | 100 | $64.4800 |
| 06/23/22 | 100 | $64.4800 |
| 06/23/22 | 42 | $64.4800 |
| 06/23/22 | 477 | $64.4800 |
| 06/23/22 | 600 | $64.4800 |
| 06/23/22 | 100 | $64.4800 |
| 06/23/22 | 100 | $64.4800 |
| 06/23/22 | 400 | $64.4800 |
| 06/23/22 | 100 | $64.4800 |
| 06/23/22 | 200 | $64.4800 |
| 06/23/22 | 100 | $64.4900 |
| 03/24/23 | 9,170 | $67.6027 |
| 03/20/24 | 11,067 | $65.3866 |
| 06/24/24 | 94,900 | $77.5000 |

| Universal Invest<br>(Universal Invest High)<br>Transactions in AstraZeneca PLC Spons ADR |
| :---: |

| Spons ADR Purchases |
| :---: |

| Date | Shares | Price |
| :---: | ---: | ---: |
| 03/17/22 | 10,083 | $62.74 |
| 11/30/22 | 13,887 | $66.79 |
| 02/13/23 | 12,571 | $69.22 |
| 06/01/23 | 14,399 | $72.65 |
| 08/03/23 | 2,968 | $69.53 |
| 08/04/23 | 6,197 | $69.82 |
| 09/14/23 | 15,412 | $67.50 |
| 12/06/23 | 5,126 | $64.21 |
| 12/27/23 | 11,169 | $67.30 |
| 12/28/23 | 14,211 | $67.52 |
| 01/02/24 | 9,442 | $68.43 |
| 02/06/24 | 4,586 | $66.50 |
| 02/08/24 | 9,584 | $62.07 |
| 03/04/24 | 12,002 | $64.53 |
| 05/23/24 | 14,745 | $79.13 |
| 05/24/24 | 13,952 | $78.44 |
| 05/30/24 | 14,698 | $75.92 |
| 05/30/24 | 14,722 | $76.80 |
| 06/03/24 | 14,440 | $79.27 |
| 06/04/24 | 8,916 | $79.62 |
| 06/05/24 | 14,109 | $80.49 |
| 06/06/24 | 15,986 | $80.63 |
| 06/07/24 | 14,064 | $80.25 |
| 07/17/24 | 15,469 | $79.56 |
| 07/19/24 | 15,380 | $78.28 |
| 07/22/24 | 9,505 | $79.24 |
| 07/30/24 | 15,140 | $78.76 |
| 07/31/24 | 22,856 | $79.24 |
| 08/19/24 | 28,978 | $85.10 |
| 08/26/24 | 17,255 | $86.62 |
| 09/09/24 | 8,148 | $83.06 |
| 10/17/24 | 8,080 | $78.10 |

| | | |
|---|---|---|
| 11/04/24 | 7,148 | $71.72 |
| 11/21/24 | 16,568 | $63.79 |

| Spons ADR Sales |
|---|

| Date | Shares | Price |
|---|---|---|
| 05/17/22 | 9,890 | $65.56 |
| 06/08/22 | 6,017 | $65.22 |
| 06/14/22 | 7,870 | $59.33 |
| 03/20/24 | 5,176 | $65.39 |
| 06/24/24 | 38,700 | $77.50 |

**Schedule A**
**Universal Invest**
**(Universal Invest Medium)**
**Transactions in AstraZeneca PLC Spons ADR**

**Spons ADR Purchases**

| Date | Shares | Price |
|------|--------|-------|
| 03/15/22 | 8,281 | $60.98 |
| 05/19/22 | 6,758 | $64.29 |
| 07/12/22 | 6,983 | $66.96 |
| 07/12/23 | 3,113 | $66.69 |
| 11/17/23 | 6,888 | $64.10 |
| 12/12/23 | 7,090 | $63.95 |
| 12/20/23 | 7,022 | $66.40 |
| 12/22/23 | 2,297 | $66.63 |
| 12/28/23 | 4,653 | $67.52 |
| 12/29/23 | 3,545 | $67.48 |
| 01/02/24 | 8,243 | $68.43 |
| 01/10/24 | 3,666 | $69.42 |
| 01/12/24 | 2,631 | $69.39 |
| 05/23/24 | 12,478 | $79.13 |
| 05/24/24 | 13,112 | $78.44 |
| 05/30/24 | 12,500 | $75.92 |
| 05/30/24 | 12,522 | $76.80 |
| 06/03/24 | 12,284 | $79.27 |
| 06/04/24 | 12,146 | $79.62 |
| 06/05/24 | 12,009 | $80.49 |
| 06/07/24 | 11,915 | $80.25 |
| 07/17/24 | 12,590 | $79.56 |
| 07/19/24 | 12,556 | $78.28 |
| 07/22/24 | 12,413 | $79.24 |
| 07/30/24 | 12,406 | $78.76 |
| 07/31/24 | 18,768 | $79.24 |
| 08/19/24 | 23,626 | $85.10 |
| 08/26/24 | 14,052 | $86.62 |
| 09/09/24 | 5,957 | $83.06 |
| 10/17/24 | 6,487 | $78.10 |

| Spons ADR Sales | | |
|---|---|---|
| Date | Shares | Price |
| 02/24/22 | 5,200 | $57.29 |
| 03/18/22 | 5,364 | $63.16 |
| 03/22/22 | 7,982 | $63.48 |
| 03/24/22 | 11,092 | $64.20 |
| 03/24/22 | 7,491 | $64.91 |
| 03/28/22 | 5,123 | $65.06 |
| 03/28/22 | 3,633 | $65.13 |
| 03/30/22 | 6,030 | $66.84 |
| 04/08/22 | 4,015 | $70.90 |
| 04/13/22 | 5,397 | $68.54 |
| 04/14/22 | 9,455 | $68.84 |
| 04/27/22 | 4,502 | $65.95 |
| 05/18/22 | 5,718 | $63.66 |
| 05/20/22 | 7,075 | $66.17 |
| 05/31/22 | 9,661 | $66.08 |
| 06/03/22 | 6,189 | $66.01 |
| 06/08/22 | 5,943 | $65.22 |
| 06/22/22 | 6,044 | $63.97 |
| 08/24/22 | 10,465 | $67.13 |
| 12/28/22 | 4,030 | $67.85 |
| 01/11/23 | 3,802 | $71.16 |
| 02/16/23 | 6,892 | $67.81 |
| 03/24/23 | 5,846 | $67.60 |
| 03/14/24 | 14,247 | $67.09 |
| 03/20/24 | 7,226 | $65.39 |
| 06/24/24 | 68,000 | $77.50 |
| 12/16/24 | 3,719 | $66.97 |

**Schedule A**
**Universal Invest**
**(Universal Invest Low)**
**Transactions in AstraZeneca PLC Spons ADR**

**Spons ADR Purchases**

| Date | Shares | Price |
|---|---|---|
| 12/12/22 | 5,709 | $69.44 |
| 01/10/23 | 5,882 | $72.01 |
| 12/12/23 | 1,072 | $63.95 |
| 12/20/23 | 1,074 | $66.40 |
| 01/02/24 | 1,267 | $68.43 |
| 01/12/24 | 1,767 | $69.39 |
| 05/23/24 | 1,818 | $79.13 |
| 05/24/24 | 1,825 | $78.44 |
| 05/28/24 | 768 | $76.86 |
| 05/30/24 | 1,859 | $75.92 |
| 05/30/24 | 1,865 | $76.80 |
| 06/03/24 | 1,825 | $79.27 |
| 06/04/24 | 1,808 | $79.62 |
| 06/05/24 | 1,788 | $80.49 |
| 06/07/24 | 1,769 | $80.25 |
| 07/17/24 | 1,863 | $79.56 |
| 07/19/24 | 1,861 | $78.28 |
| 07/22/24 | 708 | $79.24 |
| 07/25/24 | 2,622 | $77.34 |
| 07/30/24 | 1,844 | $78.76 |
| 07/31/24 | 2,784 | $79.24 |
| 09/04/24 | 2,034 | $85.81 |
| 09/11/24 | 3,109 | $79.79 |
| 10/25/24 | 1,270 | $75.44 |
| 11/05/24 | 1,786 | $65.63 |
| 12/10/24 | 2,058 | $67.44 |

| Spons ADR Sales | | |
|---|---|---|
| Date | Shares | Price |
| 03/18/22 | 11,343 | $63.16 |
| 03/31/22 | 3,662 | $66.88 |
| 04/12/22 | 7,320 | $68.91 |
| 04/28/22 | 5,893 | $65.55 |
| 06/08/22 | 4,213 | $65.22 |
| 08/18/22 | 5,924 | $66.31 |
| 11/28/22 | 3,158 | $66.77 |
| 12/14/22 | 2,444 | $70.45 |
| 01/24/23 | 1,991 | $66.06 |
| 01/31/23 | 4,457 | $65.17 |
| 03/02/23 | 1,999 | $64.82 |
| 04/03/23 | 2,011 | $69.54 |
| 05/22/23 | 3,540 | $74.76 |
| 03/05/24 | 1,652 | $64.93 |
| 03/20/24 | 1,082 | $65.39 |
| 04/08/24 | 3,817 | $67.53 |
| 06/24/24 | 10,300 | $77.50 |
| 09/12/24 | 1,288 | $79.15 |
| 11/06/24 | 2,086 | $64.16 |
| 11/25/24 | 2,736 | $66.35 |