# Exhibit C

**C+F World Equities - LIFO Loss**
**ASTRAZENECA PLC-SPONS ADR**
Class Period: 02/23/2022 to 12/17/2024
Lookback Price: $68.9722 (12/18/24 - 02/21/25)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Pre-Class Period Holdings | | 563,209 | | | | | | | |
| | | | | | | | 0 | | $0.00 |
| | | | | | Applied to Pre-Class Period Holdings: | | 0 | | $0.00 |
| Purchase | 03/01/22 | 15,273 | $61.61 | $940,983.28 | Sale | 06/26/24 | 123,193 | $79.31 | $9,769,931.74 |
| Purchase | 03/16/22 | 17,872 | $61.60 | $1,100,997.41 | | | | | |
| Purchase | 04/12/22 | 7,320 | $68.91 | $504,421.20 | | | | | |
| Purchase | 06/13/22 | 8,206 | $60.10 | $493,187.16 | | | | | |
| Purchase | 07/08/22 | 8,042 | $66.90 | $537,972.81 | | | | | |
| Purchase | 07/13/22 | 3,202 | $66.21 | $212,005.06 | | | | | |
| Purchase | 07/15/22 | 3,047 | $66.47 | $202,548.72 | | | | | |
| Purchase | 07/28/22 | 8,770 | $66.12 | $579,891.69 | | | | | |
| Purchase | 08/03/22 | 10,206 | $65.02 | $663,547.17 | | | | | |
| Purchase | 09/20/22 | 8,047 | $57.56 | $463,194.98 | | | | | |
| Purchase | 10/03/22 | 10,149 | $55.19 | $560,092.86 | | | | | |
| Purchase | 10/20/22 | 7,250 | $54.37 | $394,160.03 | | | | | |
| Purchase | 11/09/22 | 11,538 | $61.71 | $711,973.06 | | | | | |
| Purchase | 11/23/22 | 14,133 | $66.23 | $936,031.42 | | | | | |
| Purchase | 12/23/22 | 9,304 | $67.86 | $631,384.33 | | | | | |
| Purchase | 01/30/23 | 14,912 | $66.10 | $985,702.59 | | | | | |
| Purchase | 04/19/23 | 9,285 | $74.60 | $692,616.43 | | | | | |
| Purchase | 05/02/23 | 11,636 | $73.74 | $857,982.79 | | | | | |
| Purchase | 05/24/23 | 3,943 | $72.78 | $286,984.95 | | | | | |
| Purchase | 05/30/23 | 8,179 | $72.10 | $589,741.89 | | | | | |
| Purchase | 06/22/23 | 9,937 | $73.68 | $732,189.96 | | | | | |
| Purchase | 07/19/23 | 12,510 | $67.73 | $847,253.51 | | | | | |
| Purchase | 08/11/23 | 7,314 | $70.53 | $515,884.94 | | | | | |

**C+F World Equities - LIFO Loss**

**ASTRAZENECA PLC-SPONS ADR**

Class Period: 02/23/2022 to 12/17/2024

Lookback Price: $68.9722 (12/18/24 - 02/21/25)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 09/01/23 | 11,957 | $68.18 | $815,233.04 | | | | | |
| Purchase | 10/02/23 | 7,773 | $66.58 | $517,558.99 | | | | | |
| Purchase | 10/16/23 | 11,081 | $67.52 | $748,144.80 | | | | | |
| Purchase | 11/30/23 | 8,118 | $64.12 | $520,499.37 | | | | | |
| Purchase | 12/06/23 | 6,151 | $64.21 | $394,950.17 | | | | | |
| Purchase | 12/14/23 | 12,533 | $66.56 | $834,211.52 | | | | | |
| Purchase | 12/20/23 | 10,463 | $66.40 | $694,713.90 | | | | | |
| Purchase | 12/27/23 | 8,641 | $67.30 | $581,573.00 | | | | | |
| Purchase | 01/02/24 | 12,331 | $68.43 | $843,780.74 | | | | | |
| Purchase | 01/16/24 | 25,693 | $67.60 | $1,736,803.12 | | | | | |
| Purchase | 02/09/24 | 10,254 | $62.40 | $639,839.35 | | | | | |
| Purchase | 02/22/24 | 13,136 | $63.82 | $838,309.31 | | | | | |
| Purchase | 03/06/24 | 14,774 | $65.16 | $962,706.34 | | | | | |
| Purchase | 05/03/24 | 16,398 | $75.62 | $1,240,077.43 | | | | | |
| Purchase | 05/23/24 | 21,224 | $79.13 | $1,679,472.10 | | | | | |
| Purchase | 05/24/24 | 20,892 | $78.44 | $1,638,806.09 | | | | | |
| Purchase | 05/28/24 | 15,240 | $76.86 | $1,171,393.64 | | | | | |
| Purchase | 05/30/24 | 21,764 | $75.92 | $1,652,353.35 | | | | | |
| Purchase | 05/30/24 | 21,816 | $76.80 | $1,675,368.45 | | | | | |
| Purchase | 06/03/24 | 21,393 | $79.27 | $1,695,722.56 | | | | | |
| Purchase | 06/04/24 | 21,075 | $79.62 | $1,677,970.43 | | | | | |
| Purchase | 06/05/24 | 20,902 | $80.49 | $1,682,406.16 | | | | | |
| Purchase | 06/06/24 | 6,064 | $80.63 | $488,942.14 | | | | | |
| Purchase | 06/07/24 | 20,926 | $80.25 | $1,679,363.82 | | | | | |
| Purchase | 06/17/24 | 12,985 | $79.07 | $1,026,736.94 | | | | | |
| Purchase | 06/27/24 | 7,715 | $78.72 | $607,321.71 | | | | | |
| Purchase | 07/09/24 | 15,612 | $76.62 | $1,196,171.14 | | | | | |
| Purchase | 07/17/24 | 8,355 | $79.56 | $664,717.12 | | | | | |
| Purchase | 07/19/24 | 22,088 | $78.28 | $1,729,090.61 | | | | | |
| Purchase | 07/22/24 | 13,869 | $79.24 | $1,098,918.54 | | | | | |
| Purchase | 07/30/24 | 21,740 | $78.76 | $1,712,259.79 | | | | | |
| Purchase | 07/31/24 | 32,795 | $79.24 | $2,598,724.99 | | | | | |
| Purchase | 08/01/24 | 39,031 | $79.86 | $3,116,925.89 | | | | | |
| Purchase | 08/19/24 | 41,904 | $85.10 | $3,565,996.88 | | | | | |

**C+F World Equities - LIFO Loss**
**ASTRAZENECA PLC-SPONS ADR**
Class Period: 02/23/2022 to 12/17/2024
Lookback Price: $68.9722 (12/18/24 - 02/21/25)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 08/26/24 | 25,005 | $86.62 | $2,165,850.58 | | | | | |
| Purchase | 09/09/24 | 13,156 | $83.06 | $1,092,711.05 | | | | | |
| Purchase | 09/27/24 | 10,000 | $78.03 | $780,339.00 | | | | | |
| Purchase | 10/24/24 | 11,566 | $76.14 | $880,661.84 | | | | | |
| Purchase | 10/28/24 | 11,011 | $75.51 | $831,473.64 | | | | | |
| Purchase | 11/04/24 | 8,728 | $71.72 | $625,966.92 | | | | | |
| Purchase | 11/07/24 | 10,330 | $63.76 | $658,645.97 | | | | | |
| Purchase | 12/02/24 | 22,825 | $66.98 | $1,528,852.74 | Retained | | 786,196 | $68.9722 | $54,225,675.06 |
| | | **909,389** | | **$66,732,313.37** | | | **909,389** | | **$63,995,606.80** |

**LIFO Gain / (Loss)     ($2,736,706.57)**

**C+F Very Low - LIFO Loss**
**ASTRAZENECA PLC-SPONS ADR**
Class Period: 02/23/2022 to 12/17/2024
Lookback Price: $68.9722 (12/18/24 - 02/21/25)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Pre-Class Period Holdings | | 14,714 | | | | | | | |
| | | | | | Sale | 03/23/22 | 762 | $63.34 | $48,265.08 |
| | | | | | Sale | 05/23/22 | 156 | $66.51 | $10,375.56 |
| | | | | | Sale | 05/23/22 | 546 | $66.52 | $36,319.92 |
| | | | | | Sale | 05/23/22 | 200 | $66.54 | $13,308.00 |
| | | | | | Sale | 05/23/22 | 50 | $66.55 | $3,327.25 |
| | | | | | Sale | 03/28/24 | 416 | $68.06 | $28,313.96 |
| | | | | | Applied to Pre-Class Period Holdings: | | 2,130 | | $139,909.77 |
| Purchase | 11/17/23 | 163 | $64.10 | $10,447.78 | Sale | 03/28/24 | 163 | $68.06 | $11,094.17 |
| Purchase | 05/03/24 | 546 | $75.62 | $41,290.54 | Sale | 05/15/24 | 163 | $77.38 | $12,612.94 |
| Purchase | 05/23/24 | 285 | $79.13 | $22,552.28 | Sale* | 12/30/24 | 198 | $66.24 | $13,115.08 |
| Purchase | 05/24/24 | 275 | $78.44 | $21,571.50 | Sale* | 01/13/25 | 390 | $66.01 | $25,744.60 |
| Purchase | 05/30/24 | 292 | $75.92 | $22,169.05 | | | | | |
| Purchase | 05/30/24 | 294 | $76.80 | $22,577.85 | | | | | |
| Purchase | 06/03/24 | 288 | $79.27 | $22,828.41 | | | | | |
| Purchase | 06/04/24 | 285 | $79.62 | $22,691.42 | | | | | |
| Purchase | 06/05/24 | 283 | $80.49 | $22,778.73 | | | | | |
| Purchase | 06/07/24 | 280 | $80.25 | $22,470.70 | | | | | |
| Purchase | 06/20/24 | 580 | $78.34 | $45,439.98 | | | | | |
| Purchase | 07/17/24 | 314 | $79.56 | $24,981.59 | | | | | |
| Purchase | 07/19/24 | 313 | $78.28 | $24,502.23 | | | | | |
| Purchase | 07/22/24 | 143 | $79.24 | $11,330.69 | | | | | |
| Purchase | 07/30/24 | 311 | $78.76 | $24,494.61 | | | | | |
| Purchase | 07/31/24 | 477 | $79.24 | $37,798.20 | | | | | |
| Purchase | 09/11/24 | 832 | $79.79 | $66,385.70 | | | | | |
| Purchase | 11/13/24 | 333 | $64.76 | $21,563.58 | Retained | | 5,380 | $68.9722 | $371,070.49 |
| | | **6,294** | | **$487,874.82** | | | **6,294** | | **$433,637.28** |

**LIFO Gain / (Loss)**    **($54,237.53)**

*Post Class Period Sale; used the higher of actual sale price vs average price from end of Class Period through sale date*

**Universal Invest Dynamic - LIFO Loss**

**ASTRAZENECA PLC-SPONS ADR**

Class Period: 02/23/2022 to 12/17/2024

Lookback Price: $68.9722 (12/18/24 - 02/21/25)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Pre-Class Period Holdings | | 839,972 | | | | | | | |
| | | | | | Sale | 05/13/22 | 4,364 | $62.75 | $273,854.09 |
| | | | | | Sale | 05/18/22 | 8,845 | $63.66 | $563,031.13 |
| | | | | | Sale | 05/20/22 | 8,670 | $66.17 | $573,735.52 |
| | | | | | Sale | 06/14/22 | 20,235 | $59.33 | $1,200,441.38 |
| | | | | | Sale | 06/23/22 | 113 | $64.48 | $7,286.24 |
| | | | | | Sale | 06/23/22 | 100 | $64.48 | $6,448.00 |
| | | | | | Sale | 06/23/22 | 100 | $64.48 | $6,448.00 |
| | | | | | Sale | 06/23/22 | 400 | $64.48 | $25,792.00 |
| | | | | | Sale | 06/23/22 | 100 | $64.48 | $6,448.00 |
| | | | | | Sale | 06/23/22 | 200 | $64.48 | $12,896.00 |
| | | | | | Sale | 06/23/22 | 100 | $64.49 | $6,449.00 |
| | | | | | Sale | 03/24/23 | 9,170 | $67.60 | $619,916.76 |
| | | | | | Applied to Pre-Class Period Holdings: | | 52,397 | | $3,302,746.11 |
| Purchase | 03/02/22 | 9,532 | $62.26 | 593,437 | Sale | 03/28/22 | 24,321 | $65.13 | $1,583,963.50 |
| Purchase | 03/15/22 | 21,999 | $60.98 | 1,341,488 | Sale | 04/13/22 | 4,388 | $68.54 | $300,760.98 |
| Purchase | 06/14/22 | 5,896 | $60.01 | 353,819 | Sale | 05/13/22 | 2,822 | $62.75 | $177,088.97 |
| Purchase | 08/24/23 | 12,595 | $68.67 | 864,838 | Sale | 06/22/22 | 3,490 | $63.97 | $223,244.83 |
| Purchase | 12/11/23 | 2,821 | $63.40 | $178,864 | Sale | 06/23/22 | 100 | $64.48 | $6,447.50 |
| Purchase | 12/13/23 | 12,750 | $65.40 | $833,796 | Sale | 06/23/22 | 100 | $64.48 | $6,447.50 |
| Purchase | 12/20/23 | 10,453 | $66.40 | $694,050 | Sale | 06/23/22 | 200 | $64.48 | $12,895.00 |
| Purchase | 12/28/23 | 21,240 | $67.52 | $1,434,031 | Sale | 06/23/22 | 100 | $64.48 | $6,447.50 |
| Purchase | 01/02/24 | 12,561 | $68.43 | $859,519 | Sale | 06/23/22 | 100 | $64.48 | $6,448.00 |
| Purchase | 02/20/24 | 14,501 | $65.32 | $947,239 | Sale | 06/23/22 | 100 | $64.48 | $6,448.00 |
| Purchase | 05/23/24 | 19,460 | $79.13 | $1,539,885 | Sale | 06/23/22 | 100 | $64.48 | $6,448.00 |
| Purchase | 05/24/24 | 18,985 | $78.44 | $1,489,218 | Sale | 06/23/22 | 100 | $64.48 | $6,448.00 |

**Universal Invest Dynamic - LIFO Loss**

**ASTRAZENECA PLC-SPONS ADR**

Class Period: 02/23/2022 to 12/17/2024

Lookback Price: $68.9722 (12/18/24 - 02/21/25)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 05/28/24 | 6,717 | $76.86 | $516,289 | Sale | 06/23/22 | 100 | $64.48 | $6,448.00 |
| Purchase | 05/30/24 | 19,382 | $75.92 | $1,471,509 | Sale | 06/23/22 | 100 | $64.48 | $6,448.00 |
| Purchase | 05/30/24 | 19,564 | $76.80 | $1,502,425 | Sale | 06/23/22 | 100 | $64.48 | $6,448.00 |
| Purchase | 06/03/24 | 19,191 | $79.27 | $1,521,180 | Sale | 06/23/22 | 100 | $64.48 | $6,448.00 |
| Purchase | 06/04/24 | 15,324 | $79.62 | $1,220,082 | Sale | 06/23/22 | 100 | $64.48 | $6,448.00 |
| Purchase | 06/05/24 | 18,761 | $80.49 | $1,510,077 | Sale | 06/23/22 | 42 | $64.48 | $2,708.16 |
| Purchase | 06/06/24 | 21,857 | $80.63 | $1,762,336 | Sale | 06/23/22 | 477 | $64.48 | $30,756.96 |
| Purchase | 06/07/24 | 18,657 | $80.25 | $1,497,271 | Sale | 06/23/22 | 487 | $64.48 | $31,401.76 |
| Purchase | 07/17/24 | 19,846 | $79.56 | $1,578,932 | Sale | 03/20/24 | 11,067 | $65.39 | $723,633.50 |
| Purchase | 07/19/24 | 19,760 | $78.28 | $1,546,850 | Sale | 06/24/24 | 94,900 | $77.50 | $7,354,750.00 |
| Purchase | 07/22/24 | 15,039 | $79.24 | $1,191,624 | Sale* | 12/20/24 | 21,120 | $64.81 | $1,368,787.20 |
| Purchase | 07/30/24 | 19,490 | $78.76 | $1,535,048 | Sale* | 01/13/25 | 17,915 | $66.01 | $1,182,601.40 |
| Purchase | 07/31/24 | 29,452 | $79.24 | $2,333,821 | | | | | |
| Purchase | 08/19/24 | 37,230 | $85.10 | $3,168,243 | | | | | |
| Purchase | 08/26/24 | 22,157 | $86.62 | $1,919,166 | | | | | |
| Purchase | 09/09/24 | 7,214 | $83.06 | $599,180 | | | | | |
| Purchase | 11/12/24 | 6,642 | $64.37 | $427,568 | | | | | |
| Purchase | 12/04/24 | 17,040 | $66.79 | $1,138,048.78 | Retained | | 313,687 | $68.9722 | $21,635,685.42 |
| | | **496,116** | | **$37,569,834.96** | | | **496,116** | | **$34,705,652.17** |

**LIFO Gain / (Loss)   ($2,864,182.79)**

*\* Post Class Period Sale; used the higher of actual sale price vs average price from end of Class Period through sale date*

**Universal Invest High - LIFO Loss**
**ASTRAZENECA PLC-SPONS ADR**
Class Period: 02/23/2022 to 12/17/2024
Lookback Price: $68.9722 (12/18/24 - 02/21/25)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Pre-Class Period Holdings | | 537,461 | | | | | | | |
| | | | | | Sale | 06/08/22 | 5,824 | $65.22 | $379,844.19 |
| | | | | | Sale | 06/14/22 | 7,870 | $59.33 | $466,887.75 |
| | | | | | Applied to Pre-Class Period Holdings: | | 13,694 | | $846,731.94 |
| Purchase | 03/17/22 | 10,083 | $62.74 | $632,562.05 | Sale | 05/17/22 | 9,890 | $65.56 | $648,424.00 |
| Purchase | 11/30/22 | 13,887 | $66.79 | $927,469.68 | Sale | 06/08/22 | 193 | $65.22 | $12,587.56 |
| Purchase | 02/13/23 | 12,571 | $69.22 | $870,138.22 | Sale | 03/20/24 | 5,176 | $65.39 | $338,441.04 |
| Purchase | 06/01/23 | 14,399 | $72.65 | $1,046,036.95 | Sale | 06/24/24 | 38,700 | $77.50 | $2,999,250.00 |
| Purchase | 08/03/23 | 2,968 | $69.53 | $206,366.23 | Sale* | 01/13/25 | 11,767 | $66.01 | $776,760.85 |
| Purchase | 08/04/23 | 6,197 | $69.82 | $432,680.74 | | | | | |
| Purchase | 09/14/23 | 15,412 | $67.50 | $1,040,305.38 | | | | | |
| Purchase | 12/06/23 | 5,126 | $64.21 | $329,135.85 | | | | | |
| Purchase | 12/27/23 | 11,169 | $67.30 | $751,717.26 | | | | | |
| Purchase | 12/28/23 | 14,211 | $67.52 | $959,464.19 | | | | | |
| Purchase | 01/02/24 | 9,442 | $68.43 | $646,093.40 | | | | | |
| Purchase | 02/06/24 | 4,586 | $66.50 | $304,974.96 | | | | | |
| Purchase | 02/08/24 | 9,584 | $62.07 | $594,899.01 | | | | | |
| Purchase | 03/04/24 | 12,002 | $64.53 | $774,456.65 | | | | | |
| Purchase | 05/23/24 | 14,745 | $79.13 | $1,166,783.65 | | | | | |
| Purchase | 05/24/24 | 13,952 | $78.44 | $1,094,419.99 | | | | | |
| Purchase | 05/30/24 | 14,698 | $75.92 | $1,115,892.74 | | | | | |
| Purchase | 05/30/24 | 14,722 | $76.80 | $1,130,581.88 | | | | | |
| Purchase | 06/03/24 | 14,440 | $79.27 | $1,144,590.93 | | | | | |
| Purchase | 06/04/24 | 8,916 | $79.62 | $709,883.00 | | | | | |
| Purchase | 06/05/24 | 14,109 | $80.49 | $1,135,636.23 | | | | | |
| Purchase | 06/06/24 | 15,986 | $80.63 | $1,288,955.98 | | | | | |

**Universal Invest High - LIFO Loss**
**ASTRAZENECA PLC-SPONS ADR**
Class Period: 02/23/2022 to 12/17/2024
Lookback Price: $68.9722 (12/18/24 - 02/21/25)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 06/07/24 | 14,064 | $80.25 | $1,128,671.16 | | | | | |
| Purchase | 07/17/24 | 15,469 | $79.56 | $1,230,701.26 | | | | | |
| Purchase | 07/19/24 | 15,380 | $78.28 | $1,203,975.62 | | | | | |
| Purchase | 07/22/24 | 9,505 | $79.24 | $753,134.38 | | | | | |
| Purchase | 07/30/24 | 15,140 | $78.76 | $1,192,438.51 | | | | | |
| Purchase | 07/31/24 | 22,856 | $79.24 | $1,811,143.72 | | | | | |
| Purchase | 08/19/24 | 28,978 | $85.10 | $2,466,004.62 | | | | | |
| Purchase | 08/26/24 | 17,255 | $86.62 | $1,494,571.16 | | | | | |
| Purchase | 09/09/24 | 8,148 | $83.06 | $676,756.58 | | | | | |
| Purchase | 10/17/24 | 8,080 | $78.10 | $631,025.38 | | | | | |
| Purchase | 11/04/24 | 7,148 | $71.72 | $512,650.27 | | | | | |
| Purchase | 11/21/24 | 16,568 | $63.79 | $1,056,952.25 | Retained | | 366,070 | $68.9722 | $25,248,656.66 |
| | | **431,796** | | **$32,461,069.87** | | | **431,796** | | **$30,024,120.11** |

**LIFO Gain / (Loss)    ($2,436,949.76)**

*\* Post Class Period Sale; used the higher of actual sale price vs average price from end of Class Period through sale date*

**Universal Invest Low - LIFO Loss**

**ASTRAZENECA PLC-SPONS ADR**

Class Period: 02/23/2022 to 12/17/2024

Lookback Price: $68.9722 (12/18/24 - 02/21/25)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Pre-Class Period Holdings | | 129,163 | | | | | | | |
| | | | | | Sale | 03/18/22 | 11,343 | $63.16 | $716,381.91 |
| | | | | | Sale | 03/31/22 | 3,662 | $66.88 | $244,907.24 |
| | | | | | Sale | 04/12/22 | 7,320 | $68.91 | $504,421.20 |
| | | | | | Sale | 04/28/22 | 5,893 | $65.55 | $386,296.76 |
| | | | | | Sale | 06/08/22 | 4,213 | $65.22 | $274,773.97 |
| | | | | | Sale | 08/18/22 | 5,924 | $66.31 | $392,794.37 |
| | | | | | Sale | 11/28/22 | 3,158 | $66.77 | $210,874.50 |
| | | | | | Sale | 04/03/23 | 1,311 | $69.54 | $91,166.94 |
| | | | | | Sale | 05/22/23 | 3,540 | $74.76 | $264,655.71 |
| | | | | | Sale | 04/08/24 | 1,371 | $67.53 | $92,586.10 |
| | | | | | Applied to Pre-Class Period Holdings: | | 47,735 | | $3,178,858.70 |
| Purchase | 12/12/22 | 5,709 | $69.44 | $396,425.54 | Sale | 12/14/22 | 2,444 | $70.45 | $172,178.58 |
| Purchase | 01/10/23 | 5,882 | $72.01 | $423,536.94 | Sale | 01/24/23 | 1,991 | $66.06 | $131,520.48 |
| Purchase | 12/12/23 | 1,072 | $63.95 | $68,552.90 | Sale | 01/31/23 | 4,457 | $65.17 | $290,444.42 |
| Purchase | 12/20/23 | 1,074 | $66.40 | $71,310.59 | Sale | 03/02/23 | 1,999 | $64.82 | $129,583.18 |
| Purchase | 01/02/24 | 1,267 | $68.43 | $86,697.77 | Sale | 04/03/23 | 700 | $69.54 | $48,678.00 |
| Purchase | 01/12/24 | 1,767 | $69.39 | $122,611.60 | Sale | 03/05/24 | 1,652 | $64.93 | $107,257.59 |
| Purchase | 05/23/24 | 1,818 | $79.13 | $143,859.79 | Sale | 03/20/24 | 1,082 | $65.39 | $70,748.30 |
| Purchase | 05/24/24 | 1,825 | $78.44 | $143,156.29 | Sale | 04/08/24 | 2,446 | $67.53 | $165,182.78 |
| Purchase | 05/28/24 | 768 | $76.86 | $59,030.86 | Sale | 06/24/24 | 10,300 | $77.50 | $798,250.00 |
| Purchase | 05/30/24 | 1,859 | $75.92 | $141,137.88 | Sale | 09/12/24 | 1,288 | $79.15 | $101,943.65 |
| Purchase | 05/30/24 | 1,865 | $76.80 | $143,223.42 | Sale | 11/06/24 | 2,086 | $64.16 | $133,831.92 |
| Purchase | 06/03/24 | 1,825 | $79.27 | $144,659.17 | Sale | 11/25/24 | 2,736 | $66.35 | $181,521.01 |
| Purchase | 06/04/24 | 1,808 | $79.62 | $143,951.15 | Sale* | 12/30/24 | 549 | $66.24 | $36,364.55 |
| Purchase | 06/05/24 | 1,788 | $80.49 | $143,916.48 | Sale* | 01/13/25 | 2,136 | $66.01 | $141,001.20 |
| Purchase | 06/07/24 | 1,769 | $80.25 | $141,966.67 | | | | | |
| Purchase | 07/17/24 | 1,863 | $79.56 | $148,218.79 | | | | | |

**Universal Invest Low - LIFO Loss**
**ASTRAZENECA PLC-SPONS ADR**
Class Period: 02/23/2022 to 12/17/2024
Lookback Price: $68.9722 (12/18/24 - 02/21/25)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 07/19/24 | 1,861 | $78.28 | $145,682.62 | | | | | |
| Purchase | 07/22/24 | 708 | $79.24 | $56,098.80 | | | | | |
| Purchase | 07/25/24 | 2,622 | $77.34 | $202,791.77 | | | | | |
| Purchase | 07/30/24 | 1,844 | $78.76 | $145,234.92 | | | | | |
| Purchase | 07/31/24 | 2,784 | $79.24 | $220,608.34 | | | | | |
| Purchase | 09/04/24 | 2,034 | $85.81 | $174,545.68 | | | | | |
| Purchase | 09/11/24 | 3,109 | $79.79 | $248,068.66 | | | | | |
| Purchase | 10/25/24 | 1,270 | $75.44 | $95,809.31 | | | | | |
| Purchase | 11/05/24 | 1,786 | $65.63 | $117,210.72 | | | | | |
| Purchase | 12/10/24 | 2,058 | $67.44 | $138,798.93 | Retained | | 18,169 | $68.9722 | $1,253,156.07 |
| | | **54,035** | | **$4,067,105.58** | | | **54,035** | | **$3,761,661.74** |

| | |
|---|---|
| **LIFO Gain / (Loss)** | **($305,443.84)** |

*\* Post Class Period Sale; used the higher of actual sale price vs average price from end of Class Period through sale date*

**Universal Invest Medium - LIFO Loss**
**ASTRAZENECA PLC-SPONS ADR**
Class Period: 02/23/2022 to 12/17/2024
Lookback Price: $68.9722 (12/18/24 - 02/21/25)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Pre-Class Period Holdings | | 654,441 | | | | | | | |
| | | | | | Sale | 02/24/22 | 5,200 | $57.29 | $297,915.28 |
| | | | | | Sale | 03/22/22 | 5,065 | $63.48 | $321,531.77 |
| | | | | | Sale | 03/24/22 | 11,092 | $64.20 | $712,058.70 |
| | | | | | Sale | 03/24/22 | 7,491 | $64.91 | $486,268.53 |
| | | | | | Sale | 03/28/22 | 5,123 | $65.06 | $333,298.28 |
| | | | | | Sale | 03/28/22 | 3,633 | $65.13 | $236,607.84 |
| | | | | | Sale | 03/30/22 | 6,030 | $66.84 | $403,051.23 |
| | | | | | Sale | 04/08/22 | 4,015 | $70.90 | $284,650.65 |
| | | | | | Sale | 04/13/22 | 5,397 | $68.54 | $369,919.55 |
| | | | | | Sale | 04/14/22 | 9,455 | $68.84 | $650,848.16 |
| | | | | | Sale | 04/27/22 | 4,502 | $65.95 | $296,915.45 |
| | | | | | Sale | 05/18/22 | 5,718 | $63.66 | $363,981.01 |
| | | | | | Sale | 05/20/22 | 317 | $66.17 | $20,977.41 |
| | | | | | Sale | 05/31/22 | 9,661 | $66.08 | $638,413.37 |
| | | | | | Sale | 06/03/22 | 6,189 | $66.01 | $408,555.69 |
| | | | | | Sale | 06/08/22 | 5,943 | $65.22 | $387,605.43 |
| | | | | | Sale | 06/22/22 | 6,044 | $63.97 | $386,616.55 |
| | | | | | Sale | 08/24/22 | 3,482 | $67.13 | $233,738.65 |
| | | | | | Sale | 12/28/22 | 4,030 | $67.85 | $273,423.81 |
| | | | | | Sale | 01/11/23 | 3,802 | $71.16 | $270,545.76 |
| | | | | | Sale | 02/16/23 | 6,892 | $67.81 | $467,378.91 |
| | | | | | Sale | 03/24/23 | 5,846 | $67.60 | $395,205.38 |
| | | | | | Applied to Pre-Class Period Holdings: | | 124,927 | | $8,239,507.44 |
| Purchase | 03/15/22 | 8,281 | $60.98 | 504,971.24 | Sale | 03/18/22 | 5,364 | $63.16 | $338,770.39 |
| Purchase | 05/19/22 | 6,758 | $64.29 | 434,475.20 | Sale | 03/22/22 | 2,917 | $63.48 | $185,174.37 |

**Universal Invest Medium - LIFO Loss**

**ASTRAZENECA PLC-SPONS ADR**

Class Period: 02/23/2022 to 12/17/2024

Lookback Price: $68.9722 (12/18/24 - 02/21/25)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 07/12/22 | 6,983 | $66.96 | 467,552.35 | Sale | 05/20/22 | 6,758 | $66.17 | $447,209.30 |
| Purchase | 07/12/23 | 3,113 | $66.69 | 207,590.41 | Sale | 08/24/22 | 6,983 | $67.13 | $468,752.73 |
| Purchase | 11/17/23 | 6,888 | $64.10 | 441,498.76 | Sale | 03/14/24 | 14,247 | $67.09 | $955,875.40 |
| Purchase | 12/12/23 | 7,090 | $63.95 | 453,395.57 | Sale | 03/20/24 | 7,226 | $65.39 | $472,483.57 |
| Purchase | 12/20/23 | 7,022 | $66.40 | 466,241.14 | Sale | 06/24/24 | 68,000 | $77.50 | $5,270,000.00 |
| Purchase | 12/22/23 | 2,297 | $66.63 | 153,044.06 | Sale | 12/16/24 | 3,719 | $66.97 | $249,069.98 |
| Purchase | 12/28/23 | 4,653 | $67.52 | 314,150.09 | Sale* | 12/20/24 | 9,837 | $64.81 | $637,535.97 |
| Purchase | 12/29/23 | 3,545 | $67.48 | 239,200.65 | Sale* | 12/30/24 | 7,471 | $66.24 | $494,862.60 |
| Purchase | 01/02/24 | 8,243 | $68.43 | 564,048.71 | Sale* | 01/13/25 | 14,461 | $66.01 | $954,596.64 |
| Purchase | 01/10/24 | 3,666 | $69.42 | 254,477.96 | | | | | |
| Purchase | 01/12/24 | 2,631 | $69.39 | 182,564.30 | | | | | |
| Purchase | 05/23/24 | 12,478 | $79.13 | 987,394.12 | | | | | |
| Purchase | 05/24/24 | 13,112 | $78.44 | 1,028,528.88 | | | | | |
| Purchase | 05/30/24 | 12,500 | $75.92 | 949,017.50 | | | | | |
| Purchase | 05/30/24 | 12,522 | $76.80 | 961,632.00 | | | | | |
| Purchase | 06/03/24 | 12,284 | $79.27 | 973,694.95 | | | | | |
| Purchase | 06/04/24 | 12,146 | $79.62 | 967,052.37 | | | | | |
| Purchase | 06/05/24 | 12,009 | $80.49 | 966,606.81 | | | | | |
| Purchase | 06/07/24 | 11,915 | $80.25 | 956,208.54 | | | | | |
| Purchase | 07/17/24 | 12,590 | $79.56 | 1,001,650.33 | | | | | |
| Purchase | 07/19/24 | 12,556 | $78.28 | 982,907.54 | | | | | |
| Purchase | 07/22/24 | 12,413 | $79.24 | 983,551.50 | | | | | |
| Purchase | 07/30/24 | 12,406 | $78.76 | 977,106.48 | | | | | |
| Purchase | 07/31/24 | 18,768 | $79.24 | 1,487,204.47 | | | | | |
| Purchase | 08/19/24 | 23,626 | $85.10 | 2,010,553.70 | | | | | |
| Purchase | 08/26/24 | 14,052 | $86.62 | 1,217,137.87 | | | | | |
| Purchase | 09/09/24 | 5,957 | $83.06 | 494,776.51 | | | | | |
| Purchase | 10/17/24 | 6,487 | $78.10 | $506,616.54 | Retained | | 142,008 | $68.9722 | $9,794,605.50 |
| | | **288,991** | | **$22,134,850.53** | | | **288,991** | | **$20,268,936.45** |

**LIFO Gain / (Loss)     ($1,865,914.07)**

*Post Class Period Sale; used the higher of actual sale price vs average price from end of Class Period through sale date*