# Exhibit E

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JERIES SALEH, Individually and on Behalf of All Others Similarly Situated,

Plaintiff,

vs.

ASTRAZENECA PLC, PASCAL SORIOT, and ARADHANA SARIN,

Defendants.

Case No. 2:24cv11021

DECLARATION OF CATHY ARENDT

DECLARATION OF CATHY ARENDT

I, Cathy Arendt, declare that the following is true and correct:

1.    I am a founding partner at OSCH & ARENDT in Luxembourg and registered as a lawyer at the Luxembourg Bar since 1991.

2.    I have been asked by Universal Invest (Universal Invest Dynamic, Universal Invest High, Universal Invest Medium, and Universal Invest Low) to provide an opinion regarding the legal status and structure of Universal Invest under Luxembourgian law.

3.    As a Luxembourg licensed attorney with over 30 years of experience in commercial law and corporate law, covering counselling, assistance with the incorporation of companies, and Court litigation in matters involving investment funds, I regularly analyse questions pertaining to the legal status, legal personality, and structure of companies and other entities and am thus qualified to make this declaration. Attached as Exhibit A is my curriculum vitae.

4.    Universal Invest is a Luxembourg limited liability company ("Société anonyme" or "SA"), qualifying as an investment company with variable capital ("SICAV") organized as an undertaking for collective investment in transferable securities ("UCITS") subject to Part I of the Luxembourg Law of 17 December 2010 relating to undertakings for collective (the "UCI Law"), registered with the Luxembourg register of commerce and companies ("Registre de Commerce et des Sociétés, Luxembourg" or "RCS") under number B47025. As such, Universal Invest has a legal personality and can be named as a plaintiff or a defendant in a legal action.

5.    Universal Invest has multiple compartments or sub-funds. Each compartment or sub-fund of a UCITS SICAV is subject to asset eligibility and diversification requirements as set out under the UCI Law. Where a UCITS SICAV comprises more than one compartment or sub-fund, each compartment or sub-fund shall be regarded as a separate UCITS SICAV for the purpose of the applicable asset eligibility and diversification requirements.

1

DECLARATION OF CATHY ARENDT

6.    The main feature of a UCITS SICAV is the segregation of assets between the compartments or sub-funds. Assets of each compartment or sub-funds are indeed segregated by law so that the rights of investors and creditors concerning a compartment or sub-fund, or in connection with the creation, the operation, or the liquidation of that compartment or sub-fund, are limited to the assets of that compartment or sub-fund pursuant to the protected cell concept.

7.    Within a UCITS SICAV, each compartment or sub-fund is treated as a separate entity having its own name, funding, capital gains, losses, and expenses, although compartments or sub-funds do not have a legal personality distinct from the UCITS SICAV.

8.    Due to their absence of legal personality, each compartment or sub-fund of a UCITS fund structured as a UCITS SICAV having the corporate form of an SA is represented towards third parties by the UCITS SICAV, itself acting in respect of a specific compartment or sub-fund and representing such compartment or sub-fund towards third parties. As such, Universal Invest has the legal personality and acts on behalf of each respective compartment or sub-fund, in this present action, Universal Invest Dynamic, Universal Invest High, Universal Invest Medium and Universal Invest Low.

Pursuant to the laws of the United States of America (28 U.S.C. §1746), I declare under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge. Executed this day in Luxembourg, Luxembourg.

OSCH & ARENDT

Dated:                    Signed:

February 19th, 2025          _____
                              Cathy Arendt, Founding Partner

2

DECLARATION OF CATHY ARENDT

Exhibit A

# CURRICULUM VITAE



**Personal date :**

| | |
|---|---|
| Name : | **ARENDT** |
| First name : | Cathy |
| Nationality : | luxembourgish |
| Professional address : | 25C, Boulevard Royal |
| | L-2449 Luxembourg |

| | |
|---|---|
| Phone : | + 352 22 48 22 |
| Fax : | + 352 22 48 24 |
| E-mail : | arendt@oanda.lu |

| | |
|---|---|
| Date of birth : | 01 June 1966 |
| Birthplace : | Luxembourg |

**Schools :**

| | |
|---|---|
| 1972 – 1979 : | Primary school Ecole Privée Notre Dame St. Sophie Luxembourg |
| 1979 – 1985 : | Secondary education at Ecole Privée Notre Dame St. Sophie |
| 1985 – 1986 : | First year of university law studies Centre Univers itaire de Luxembourg |
| 1986 – 1989 : | Law studies at the University Robert Schumann in Strasbourg, Degree Maîtrise en Droit Privé (Private Law) |
| 1990 : | D.E.A. in Private International Law – University Robert Schumann in Strasbourg |
| October 1990 – January 1991 : | Additional studies in Luxembourg law in Luxembourg |
| 19 March 1991 : | Sworn in as a lawyer, registered at the Luxembourg Bar Association |
| 1993 : | After two years of apprenticeship, successful completion with the bar exam |

**Professional career :**

February 1991 – July 1997 :  Worked as a lawyer in the law firm NEU & UNSEN in Luxembourg, first as an apprentice, then as a lawyer.

1997 :  Cofounder of the law firm OSCH & ARENDT together with Mr Gerry OSCH

2000 – 2001 :  Member of the Supervisory Board of the Luxembourg Bar Association

1997 – 2024 :  Partner in the law firm OSCH & ARENDT

**Focal points of the work :**

Counselling and Litigation in :

Civil Law
Commercial and Corporate Law
Employment Law
Administrative Law

**Languages :**

Mother tongue :  Luxembourgish
Professional languages:  French, English and German

Luxembourg, 16th August 2024

Signature :