ROBBINS GELLER RUDMAN
  & DOWD LLP
SCOTT H. SAHAM (188355)
DANIELLE S. MYERS (259916)
MICHAEL ALBERT (301120)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
scotts@rgrdlaw.com
dmyers@rgrdlaw.com
malbert@rgrdlaw.com

Proposed Lead Counsel for Proposed Lead Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JERIES SALEH, Individually and on Behalf of All Others Similarly Situated,<br><br>     Plaintiff,<br><br> vs.<br><br>ASTRAZENECA PLC,<br><br>     Defendants. | Case No. 2:24-cv-11021-JFW-AS<br><br>CLASS ACTION<br><br>DECLARATION OF MICHAEL ALBERT IN SUPPORT OF THE PENSION FUNDS' OPPOSITION TO COMPETING MOTION FOR APPOINTMENT AS LEAD PLAINTIFF<br><br>DATE:  March 24, 2025<br>TIME:  1:30 p.m.<br>CTRM:  7A<br>JUDGE:  Hon. John F. Walter |

4937-7663-9523.v1

I, Michael Albert, declare as follows:

1.      I am an attorney duly licensed to practice before all of the courts of the State of California and this Court.  I am a member of the law firm of Robbins Geller Rudman & Dowd LLP, counsel for Teamsters Local 710 Pension Fund and St. Clair County Employees' Retirement System (collectively, the "Pension Funds"), and proposed lead counsel for the class in the above-captioned action.  I make this declaration in support of the Pension Funds' Opposition to Competing Motion for Appointment as Lead Plaintiff.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.      Attached are true and correct copies of the following exhibits:

Exhibit 1:    *Greenberg v. Yongye Int'l, Inc.*, No. 1:11-cv-03616-RJS, Transcript of Proceedings (S.D.N.Y. August 31, 2011); and

Exhibit 2:    *Greenberg v. Yongye Int'l, Inc.*, No. 1:11-cv-03616-RJS, Notice of Withdrawal of Motion of Universal Invest Quality Growth to Consolidate Related Actions; Appoint Lead Plaintiff; and Approve Lead Plaintiff's Selection of Lead Counsel (S.D.N.Y. Sept. 12, 2011).

I declare under penalty of perjury that the foregoing is true and correct. Executed this 3rd day of March, 2025.

                                        s/ Michael Albert
                                        MICHAEL ALBERT

- 1 -

4937-7663-9523.v1