ROBBINS GELLER RUDMAN
  & DOWD LLP
SCOTT H. SAHAM (188355)
DANIELLE S. MYERS (259916)
MICHAEL ALBERT (301120)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
scotts@rgrdlaw.com
dmyers@rgrdlaw.com
malbert@rgrdlaw.com

Proposed Lead Counsel for Proposed Lead Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JERIES SALEH, Individually and on Behalf of All Others Similarly Situated, ) <br><br> Plaintiff, ) <br><br> vs. ) <br><br> ASTRAZENECA PLC, ) <br><br> Defendants. ) | Case No. 2:24-cv-11021-JFW-AS <br><br> CLASS ACTION <br><br> DECLARATION OF LEAD TRIAL COUNSEL |

4937-4852-0995.v1

I, Scott H. Saham, hereby declare as follows:

1.    I am a member in good standing of the bar of this Court, an active member of the State Bar of California, a partner in the law firm of Robbins Geller Rudman & Dowd LLP, and the lead trial attorney for proposed lead plaintiffs Teamster Local 710 Pension Fund and St. Clair County Employees' Retirement System in the above-captioned action. I am familiar with the facts set forth in this declaration, and if called as a witness, could and would testify competently thereto.

2.    In accordance with Paragraph 3(a) of the Court's Standing Order, ECF 11, I hereby notify the Court that I am registered as a CM/ECF User in the Central District of California and I, along with the other attorneys in my firm, have consented to service and receipt of filed documents by electronic means.

3.    My e-mail address of record is scotts@rgrdlaw.com.

4.    I have read the Court's Standing Order and am familiar with the Local Rules of this Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 3rd day of March, 2025.

s/ Scott H. Saham
SCOTT H. SAHAM

- 1 -

4937-4852-0995.v1