HENRY ROSEN (Bar No. 156963)
hrosen@dicellolevitt.com
BRIAN O. O'MARA (Bar No. 229737)
briano@dicellolevitt.com
HANI Y. FARAH (Bar No. 307622)
hfarah@dicellolevitt.com
KELSEY ANDERSON (Bar No. 359467)
kanderson@dicellolevitt.com
**DiCELLO LEVITT LLP**
4747 Executive Dr., Suite 240
San Diego, CA  92121
Tel.:  (619) 923-3939

*Proposed Lead Counsel for Proposed Lead Plaintiff*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JERIES SALEH, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> ASTRAZENECA PLC, PASCAL SORIOT, and ARADHANA SARIN, <br><br> Defendants. | Case No. 2:24-cv-11021 <br><br> **CLASS ACTION** <br><br> DECLARATION OF BRIAN O. O'MARA IN SUPPORT OF THE REPLY MEMORANDUM IN FURTHER SUPPORT OF THE INSTITUTIONAL INVESTOR FUNDS' MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL <br><br> DATE:       March 24, 2025 <br> TIME:       1:30 p.m. <br> CTRM:      7A <br> JUDGE:     Hon. John F. Walter |

O'Mara Declaration ISO Reply Mem. in Further Support of the Institutional Investor Funds' Motion for Lead Plaintiff & Approval of Selection of Lead Counsel – No. 2:24-cv-11021

I, Brian O. O'Mara, declare as follows:

1.    I am an attorney duly licensed to practice before all of the courts of the State of California and this Court.  I am a partner of DiCello Levitt LLP, counsel for C+F (C+F Global, C+F Global Route, C+F Very Low, and C+F World Equities) and Universal Invest (Universal Invest Dynamic, Universal Invest High, and Universal Invest Medium) (collectively, the "Institutional Investor Funds"), and proposed lead counsel for the class in the above-captioned action.  I make this declaration in Support of the Reply Memorandum in Further Support of the Institutional Investor Funds' Motion for Appointment as Lead Plaintiff and Approval of Lead Plaintiff's Selection of Lead Counsel.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.    Attached hereto as exhibits are true and correct copies of the following:

Exhibit 1:    Supplemental Declaration of Cathy Arendt;

Exhibit 2:    Supplemental Declaration of Johan Verbist;

Exhibit 3:    *Bloomberg* Security Profile, AstraZeneca PLC foreign ordinary shares;

Exhibit 4:    *Bloomberg* Security Profile, AstraZeneca PLC foreign debt security, 0.375% bond due 3/26/2029;

Exhibit 5:    *Bloomberg* Security Profile, AstraZeneca PLC foreign debt security, 3.75% bond due 3/3/2032;

Exhibit 6:    February 1, 2012 Transcript of Proceedings, *In re Yongye Int'l, Inc. Sec. Litig.*, No. 1:11-cv-03799 (S.D.N.Y. Feb. 15, 2012), ECF No. 12; and

Exhibit 7:    Notice of Voluntary Dismissal, *In re Yongye Int'l, Inc. Sec. Litig.*, No. 1:11-cv-03799 (S.D.N.Y. Mar. 6, 2012), ECF No. 14.

I declare under penalty of perjury that the foregoing is true and correct.

_s/ Brian O. O'Mara_
BRIAN O. O'MARA

1

O'Mara Declaration ISO Reply Mem. in Further Support of the Institutional Investor Funds' Motion for Lead Plaintiff & Approval of Selection of Lead Counsel – No. 2:24-cv-11021