# Exhibit 5



