HENRY ROSEN (Bar No. 156963)
hrosen@dicellolevitt.com
BRIAN O. O'MARA (Bar No. 229737)
briano@dicellolevitt.com
HANI Y. FARAH (Bar No. 307622)
hfarah@dicellolevitt.com
KELSEY ANDERSON (Bar No. 359467)
kanderson@dicellolevitt.com
**DiCELLO LEVITT LLP**
4747 Executive Dr., Suite 240
San Diego, CA  92121
Tel.:  (619) 923-3939

*Proposed Lead Counsel for Proposed Lead Plaintiff*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JERIES SALEH, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>ASTRAZENECA PLC, PASCAL SORIOT, and ARADHANA SARIN,<br><br>Defendants. | Case No. 2:24-cv-11021<br><br>**CLASS ACTION**<br><br>DECLARATION OF LEAD TRIAL COUNSEL<br><br>DATE:     March 24, 2025<br>TIME:     1:30 p.m.<br>CTRM:     7A<br>JUDGE:    Hon. John F. Walter |

DECLARATION OF LEAD TRIAL COUNSEL – No. 2:24-cv-11021

I, Henry Rosen, hereby declare as follows:

1.    I am an active member in good standing of the bar of this Court and of the State Bar of California, a partner at DiCello Levitt LLP, and the lead trial attorney for proposed lead plaintiff the Institutional Investor Funds in the above-captioned action.  I am familiar with the facts set forth in this declaration, and if called as a witness, could and would testify competently thereto.

2.    Pursuant to Paragraph 3(a) of the Court's Standing Order, ECF No. 11, I hereby notify the Court that I am registered as an "CM/ECF User" in the Central District of California.

3.    My e-mail address of record is hrosen@dicellolevitt.com.

4.    I have read and am familiar with the Court's Standing Order and the Local Rules of this Court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 12th day of March, 2025.

_s/ Henry Rosen_
HENRY ROSEN

DECLARATION OF LEAD TRIAL COUNSEL – No. 2:24-cv-11021

# <u>CERTIFICATE OF SERVICE</u>

I hereby certify under penalty of perjury that on March 12, 2025, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

s/ Henry Rosen
HENRY ROSEN

HENRY ROSEN
hrosen@dicellolevitt.com
**DiCELLO LEVITT LLP**
4747 Executive Dr., Suite 240
San Diego, CA  92121
Tel.:  (619) 923-3939

DECLARATION OF LEAD TRIAL COUNSEL – No. 2:24-cv-11021