Charles S. Duggan*
charles.duggan@davispolk.com
DAVIS POLK & WARDWELL LLP
450 Lexington Ave.
New York, NY 10017
Telephone: (212) 450-4000

*Attorneys for Defendants*

Henry Rosen
hrosen@dicellolevitt.com
DICELLO LEVITT LLP
4747 Executive Dr., Suite 240
San Diego, CA 92121
Telephone: (619) 923-3939

*Attorneys for Lead Plaintiffs*

(*counsel continued on page* 3)

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERIES SALEH, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ASTRAZENECA PLC, PASCAL SORIOT, and ARADHANA SARIN,<br><br>Defendants. | Case No. 24-cv-11021-JFW-AS<br><br>**STIPULATION TO TRANSFER VENUE** |

STIP. TO TRANSFER VENUE                              CASE NO. 24-CV-11021-JFW-AS

WHEREAS, on December 23, 2024, plaintiff Jeries Saleh commenced the above-captioned action (the "Action") by filing a putative class action complaint (the "Complaint") asserting claims pursuant to sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act") against defendants AstraZeneca PLC ("AstraZeneca"), Pascal Soriot, and Aradhana Sarin (collectively, "Defendants") (Dkt. No. 1);

WHEREAS, plaintiff Jeries Saleh requested that Defendants waive service of the summons and Complaint on March 18, 2025, and Defendants waived service of the summons and Complaint in this action on March 19, 2025.  Defendants' deadline to answer the Complaint is May 19, 2025;

WHEREAS, pursuant to the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), 15 U.S.C. § 78u-4, on March 21, 2025, the Court granted the motion of C+F (C+F World Equities and C+F Very Low) and Universal Invest (Universal Invest Dynamic, Universal Invest High, Universal Invest Medium and Universal Invest Low) (together, the "Lead Plaintiffs") to be appointed as lead plaintiffs and appointed DiCello Levitt LLP as lead counsel;

WHEREAS, the Complaint alleges claims on behalf of certain purchasers of AstraZeneca's American Depositary Shares, which trade on the NASDAQ exchange (Dkt. No. 1 ¶¶ 6, 9);

WHEREAS, the parties agree that the claims in this action are subject to the mandatory forum selection clause in the deposit agreement governing Defendant AstraZeneca's American Depositary Shares, which provides that the exclusive forum for any dispute arising out of or based upon those shares is the state or federal courts in New York, New York, and that this action should be transferred to the United States District Court for the Southern District of New York;

WHEREAS, the parties have conferred and agree that pursuant to 28 U.S.C.

1

§ 1404(a), for reasons of judicial efficiency and for the convenience of the parties and witnesses, the action should be transferred to the United States District Court for the Southern District of New York;

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for Lead Plaintiffs and Defendants, as follows:

1.      Pursuant to 28 U.S.C. § 1404(a), the Action should be transferred to the United States District Court for the Southern District of New York;

2.      The Defendants' deadline to move, answer, or otherwise respond to the Complaint is hereby stayed pending the entry of a schedule regarding filing of an amended complaint and Defendants' anticipated motion to dismiss;

3.      Within seven (7) days of this action being docketed in another district, counsel for Lead Plaintiffs and Defendants shall submit a joint proposed schedule for (i) Lead Plaintiffs to either file an amended complaint or designate the Complaint as the operative complaint and (ii) Defendants' anticipated motion to dismiss the operative complaint; and

4.      The scheduling of an initial pretrial conference pursuant to Fed. R. Civ. P. 16(b), the parties' obligations to serve initial disclosures pursuant to Fed. R. Civ. P. 26(a), and the parties' obligations to confer regarding case management and the development of a discovery plan and to submit a written report to the Court pursuant to Fed. R. Civ. P. 26(f), and any associated deadlines, shall be stayed pending the transferee court's decision on the anticipated joint proposed schedule.

Dated:  May 9, 2025

Respectfully submitted,

/s/ Charles S. Duggan
DAVIS POLK & WARDWELL LLP
Charles S. Duggan*
charles.duggan@davispolk.com
Corey M. Meyer*
corey.meyer@davispolk.com
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000

Mari Grace*
mari.grace@davispolk.com
1050 17th Street, NW
Washington, DC 20036
Telephone: (202) 962-7000

Jonathan K. Chang (SBN 355907)
jonathan.chang@davispolk.com
900 Middlefield Road, Suite 200
Redwood City, California 94063
Telephone: (650) 752-2000
Facsimile:  (650) 752-2111

/s/ Gopi K. Panchapakesan
BIRD, MARELLA, RHOW, LINCENBERG,
DROOKS, & NESSIM, LLP
Gopi K. Panchapakesan (SBN 279586)
gkp@birdmarella.com
1875 Century Park East, 23rd Floor Los
Angeles, CA 90067
Telephone: (310) 201-2100

*Attorneys for Defendants*

* *Pro hac vice* application pending

3

STIP. TO TRANSFER VENUE                          CASE NO. 24-CV-11021-JFW-AS

*/s/* Henry Rosen
DICELLO LEVITT LLP
Henry Rosen
hrosen@dicellolevitt.com
Brian O. O'Mara
briano@dicellolevitt.com
Hani Y. Farah
hfarah@dicellolevitt.com
Kelsey Anderson
kanderson@dicellolevitt.com
4747 Executive Dr., Suite 240
San Diego, CA 92121
Telephone: (619) 923-3939

*Attorneys for Lead Plaintiffs*

## LOCAL RULE 5-4.3.4 ATTESTATION

I, Gopi K. Panchapakesan, hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

*/s/* Gopi K. Panchapakesan

Gopi K. Panchapakesan

STIP. TO TRANSFER VENUE                    CASE NO. 24-CV-11021-JFW-AS