JS-6

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERIES SALEH, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>      v.<br><br>ASTRAZENECA PLC, PASCAL SORIOT, and ARADHANA SARIN,<br><br>      Defendants. | Case No. 24-cv-11021-JFW-ASx<br><br>**ORDER GRANTING STIPULATION TO TRANSFER VENUE** |

The Court, having considered the stipulation to transfer venue in the above-captioned action (the "Action") jointly filed by Lead Plaintiffs C+F (C+F World Equities and C+F Very Low) and Universal Invest (Universal Invest Dynamic, Universal Invest High, Universal Invest Medium and Universal Invest Low) and Defendants AstraZeneca PLC, Pascal Soriot, and Aradhana Sarin, by and through their respective counsel, hereby ORDERS:

1.      Pursuant to 28 U.S.C. § 1404(a), the Court DIRECTS the Clerk to transfer this Action, in its entirety, to the United States District Court for the Southern District of New York;

2.      The Defendants' deadline to move, answer, or otherwise respond to the Complaint is hereby stayed pending the entry of a schedule regarding filing of an amended complaint and Defendants' anticipated motion to dismiss;

3.      Within seven (7) days of this action being docketed in another district, counsel for Lead Plaintiffs and Defendants shall submit a joint proposed schedule for (i) Lead Plaintiffs to either file an amended complaint or designate the Complaint as the operative complaint and (ii) Defendants' anticipated motion to dismiss the operative complaint; and

4.      The scheduling of an initial pretrial conference pursuant to Fed. R. Civ. P. 16(b), the parties' obligations to serve initial disclosures pursuant to Fed. R. Civ. P. 26(a), and the parties' obligations to confer regarding case management and the development of a discovery plan and to submit a written report to the Court pursuant to Fed. R. Civ. P. 26(f), and any associated deadlines, shall be stayed pending the transferee court's decision on the anticipated joint proposed schedule.

IT IS SO ORDERED.

Dated:   May 12, 2025

The Honorable John F. Walter
United States District Judge