UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
:
JERIES SALEH, *individually and on behalf of* :
*all others similarly situated*, :
:
                           Plaintiff,     :        25-CV-4088 (VSB)
:
     - against -                    :        **ORDER**
:
ASTRAZENECA P.L.C., *et al*, :
:
                         Defendants. :
:
-----------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

       This case has been transferred to this District and assigned to me.  All prior deadlines and schedules remain in effect.  It is hereby:

       ORDERED that on or before May 30, 2025, the parties shall file on ECF a joint letter of no more than five (5) pages, addressing the following topics, in separate paragraphs:

1. A brief statement of the nature of the case;
2. A statement of all existing deadlines, due dates and/or cut-off dates;
3. A brief description of any motions which have been made and decided and a confirmation that there are no pending motions and no pending appeals;
4. A statement describing the status of discovery in this case;
5. A statement describing the status of any settlement discussions;
6. Estimated length of trial and whether a jury demand has been made; and
7. Any other information that you believe may assist the Court.

The Clerk of Court is respectfully directed to terminate the pending motion at Doc. 52.

SO ORDERED.

Dated: May 16, 2025
      New York, New York

                                                     Vernon S. Broderick
                                                     United States District Judge