# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| JERIES SALEH, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> ASTRAZENECA PLC, PASCAL SORIOT, ARADHANA SARIN, WANG LEI (aka LEON WANG), and DAVID FREDRICKSON, <br><br> Defendants. | Civil Action No. 1:25-cv-04088 (VSB) |

## NOTICE OF MOTION AND MOTION TO WITHDRAW APPEARANCE OF COUNSEL

PLEASE TAKE NOTICE THAT, pursuant to Rule 1.4 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, the undersigned, Charles S. Duggan, hereby moves to withdraw Gopi K. Panchapakesan as counsel of record for Defendants AstraZeneca PLC, Pascal Soriot, and Aradhana Sarin in the above-captioned action. Mr. Panchapakesan appeared as local counsel when this case was pending in the United States District Court for the Central District of California. Because the matter has been transferred to the United States District Court for the Southern District of New York, Mr. Panchapakesan is no longer serving as counsel in the case.

Dated:  August 12, 2025                    Respectfully submitted,

/s/ *Charles S. Duggan*
CHARLES S. DUGGAN

**DAVIS POLK & WARDWELL LLP**
Charles S. Duggan
charles.duggan@davispolk.com
Corey M. Meyer
corey.meyer@davispolk.com
450 Lexington Avenue
New York, NY  10017
Tel.: (212) 450-4000

**DAVIS POLK & WARDWELL LLP**
Mari Grace
mari.grace@davispolk.com
1050 17th Street, NW
Washington, DC 20036
Telephone: (202) 962-7000

**DAVIS POLK & WARDWELL LLP**
Jonathan K. Chang
jonathan.chang@davispolk.com
900 Middlefield Road, Suite 200
Redwood City, CA  94063
Tel.: (650) 752-2000

*Attorneys for Defendants AstraZeneca PLC, Pascal Soriot, and Aradhana Sarin*

\*     \*     \*

**O R D E R**

IT IS SO ORDERED.

DATED:  _____           _____
                                         THE HONORABLE VERNON S. BRODERICK
                                         UNITED STATES DISTRICT JUDGE