**Davis Polk**

Charles S. Duggan
+1 212 450 4785
charles.duggan@davispolk.com

Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017
davispolk.com

APPLICATION GRANTED
SO ORDERED *[signature]*
VERNON S. BRODERICK
U.S.D.J.  9/22/2025

September 20, 2025

Re: *Saleh v. AstraZeneca PLC, et al.*, No. 1:25-cv-04088 (VSB) (S.D.N.Y.)

The Honorable Vernon S. Broderick
United States District Judge
United States District Court for the Southern District of New York
40 Foley Square
New York, NY 10007

Dear Judge Broderick:

The undersigned counsel write jointly on behalf of Defendants AstraZeneca PLC, Pascal Soriot, Aradhana Sarin, and David Fredrickson ("Defendants") and Lead Plaintiffs C+F (C+F World Equities and C+F Very Low) and Universal Invest (Universal Invest Dynamic, Universal Invest High, Universal Invest Medium and Universal Invest Low) ("Lead Plaintiffs") in the above-captioned matter.  In accordance with Rule 1.G of Your Honor's Individual Rules and Practices in Civil Cases, we write to respectfully request an extension of the motion to dismiss briefing schedule.

On May 23, 2025, the Court so ordered the following schedule (ECF No. 61):

1. Lead Plaintiffs shall file their amended complaint on July 24, 2025;

2. Defendants shall file their motion to dismiss the amended complaint on September 24, 2025;

3. Lead Plaintiffs shall file their opposition to Defendants' motion to dismiss on November 7, 2025; and

4. Defendants shall file their reply in further support of their motion to dismiss on December 18, 2025.

The parties respectfully request that the Court enter the following modified briefing schedule:

1. Defendants AstraZeneca, Soriot, Sarin, and Fredrickson shall file their motion to dismiss the amended complaint on October 1, 2025.

2. Lead Plaintiffs shall file their opposition to the motion to dismiss on December 9, 2025.

**Davis Polk**    The Honorable Vernon S. Broderick

3.  Defendants AstraZeneca, Soriot, Sarin, and Fredrickson shall file their reply in further support of their motion to dismiss on January 22, 2026.

Good cause exists to extend the deadline for Defendants AstraZeneca, Soriot, Sarin, and Fredrickson to file their motion to dismiss because of the need for additional time to coordinate with internal stakeholders at Defendant AstraZeneca, located around the globe, some of whom have had international travel and competing professional obligations.

No party has previously filed requests for adjournments or extensions of time.

We appreciate the Court's attention to this matter and are available should the Court have any questions.

Respectfully submitted,

/s/ Charles S. Duggan
CHARLES S. DUGGAN

**DAVIS POLK & WARDWELL LLP**

*Attorneys for Defendants AstraZeneca PLC, Pascal Soriot, Aradhana Sarin, and David Fredrickson*

**Electronic Delivery via ECF**

/s/ Henry Rosen[1]
HENRY ROSEN

**DICELLO LEVITT LLP**

*Attorneys for Lead Plaintiffs*

---

[1] Pursuant to Rule 8.5 of the Electronic Case Filing Rules & Instructions for the U.S. District Court for the Southern District of New York, Mr. Rosen consents to the use of his conformed signature on this letter.