UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

————————————————————— X

JERIES SALEH, Individually and on Behalf of : No. 1:25-cv-04088 (VSB)
All Others Similarly Situated,                 :
                                               : ORAL ARGUMENT REQUESTED
                          Plaintiff,           :
                                               :
           vs.                                 : **DECLARATION OF EDMUND**
                                               : **POLUBINSKI IN SUPPORT OF**
ASTRAZENECA PLC, PASCAL SORIOT,                : **DEFENDANTS' REPLY IN SUPPORT OF**
ARADHANA SARIN, WANG LEI (aka                  : **MOTION TO DISMISS**
LEON WANG), and DAVID FREDRICKSON              :
                                               :
                          Defendants.          :
                                               :
————————————————————— X

**DECLARATION OF EDMUND POLUBINSKI IN SUPPORT OF
DEFENDANTS' REPLY IN SUPPORT OF MOTION TO DISMISS**

I, EDMUND POLUBINSKI, declare as follows:

1.      I am an attorney at Davis Polk & Wardwell LLP, located at 450 Lexington Avenue, New York, NY 10017, and represent defendants AstraZeneca PLC ("AstraZeneca"), Pascal Soriot, Aradhana Sarin, and David Fredrickson (together, "Defendants") in the above-captioned litigation.  I am a member in good standing of the bar of this Court.

2.      I submit this declaration in support of Defendants' Reply in Support of the Motion to Dismiss to place before the Court certain materials incorporated by reference in the Amended Complaint.

3.      Attached as Exhibit K is a true and correct copy of selected passages excerpted from the 2024 AstraZeneca Annual Report and Form 20-F Information (attached as Exhibit 15.1 to AstraZeneca's 2024 Form 20-F, which is incorporated by reference in the Amended Complaint at ¶ 172), publicly available at:

https://www.sec.gov/Archives/edgar/data/901832/000110465925014750/azn-20241231xex15d1.htm.

     Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on January 22, 2026, in New York, New York.

                    */s/ Edmund Polubinski*
                    EDMUND POLUBINSKI