UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x

JERIES SALEH, Individually and on Behalf of :    Civil Action No. 1:25-cv-04088 (VSB)
All Others Similarly Situated,               :

                                  :    LEAD PLAINTIFFS' NOTICE OF MOTION
                    Plaintiff,    :    FOR ALTERNATIVE SERVICE UNDER
                                    :    RULE 4(f)(3)

     vs.                                  :

ASTRAZENECA PLC, PASCAL SORIOT,    :
ARADHANA SARIN, WANG LEI (aka    :
LEON WANG), and DAVID    :
FREDRICKSON,                        :

                     Defendants.    :

---------------------------------------------------------------- x

PLEASE TAKE NOTICE that: (i) upon the accompanying Memorandum of Law in Support of Lead Plaintiffs' Motion for Alternative Service; (ii) the Declaration of Henry Rosen, dated March 25, 2026, and the exhibits attached thereto; and (iii) all prior proceedings in this matter, Lead Plaintiffs C+F (C+F World Equities and C+F Very Low) and Universal Invest (Universal Invest Dynamic, Universal Invest High, Universal Invest Medium, and Universal Invest Low) will move this Court, before the Honorable Vernon S. Broderick of the United States District Court for the Southern District of New York, in Courtroom 518 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007, on a date which shall be set by the Court, for entry of an Order permitting Lead Plaintiffs to serve Defendant Leon Wang (aka Wang Lei) through alternative means under Federal Rule of Civil Procedure 4(f)(3), and for such other relief as the Court deems just and proper. The grounds for this motion are that service through Rule 4(f)(3) is appropriate and comports with constitutional notions of due process.

DATED:  March 25, 2026

*s/ Henry Rosen*

HENRY ROSEN

Henry Rosen (admitted *pro hac vice*)
Kathleen A. Herkenhoff (*pro hac vice* forthcoming)
Brian O. O'Mara (admitted *pro hac vice*)
Ruben Peña (admitted *pro hac vice*)
Kelsey Anderson (admitted *pro hac vice*)
**DiCELLO LEVITT LLP**
4747 Executive Drive, Suite 240
San Diego, CA  92121
Tel.: (619) 923-3939
hrosen@dicellolevitt.com
kherkenhoff@dicellolevitt.com
briano@dicellolevitt.com
rpena@dicellolevitt.com
kanderson@dicellolevitt.com

- 1 -

Jarett N. Sena
**DıCELLO LEVITT LLP**
485 Lexington Avenue, Tenth Floor
New York, NY  10017
Tel.: (646) 933-1000
jsena@dicellolevitt.com

Roxana Pierce (*pro hac vice* forthcoming)
**DıCELLO LEVITT LLP**
801 17th Street, NW, Suite 430
Washington, DC  20006
Tel.: (202) 975-2288
rpierce@dicellolevitt.com

*Lead Counsel for Lead Plaintiffs and the Proposed Class*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify under penalty of perjury that on March 25, 2026, I authorized the electronic

filing of the foregoing with the Clerk of the Court using the CM/ECF system.

*s/ Henry Rosen*
HENRY ROSEN

**DiCELLO LEVITT LLP**
4747 Executive Drive, Suite 240
San Diego, CA  92121
Tel.: (619) 923-3939
hrosen@dicellolevitt.com