UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x

JERIES SALEH, Individually and on Behalf of
All Others Similarly Situated,

                         Plaintiffs,

       vs.

ASTRAZENECA PLC, PASCAL SORIOT,
ARADHANA SARIN, WANG LEI (aka
LEON WANG), and DAVID
FREDRICKSON,

                         Defendants.

---------------------------------------------------------------- x

Civil Action No. 1:25-cv-04088 (VSB)

DECLARATION OF HENRY ROSEN IN
SUPPORT OF LEAD PLAINTIFFS'
MOTION FOR ALTERNATIVE SERVICE
UNDER RULE 4(f)(3)

I, Henry Rosen, declare as follows:

1.    I am a partner at the law firm of DiCello Levitt LLP and am admitted as *pro hac vice* counsel to C+F (C+F World Equities and C+F Very Low) and Universal Invest (Universal Invest Dynamic, Universal Invest High, Universal Invest Medium, and Universal Invest Low) (collectively, "Lead Plaintiffs"). I submit this Declaration in Support of Lead Plaintiffs' Motion for Alternative Service Under Federal Rule of Civil Procedure 4(f)(3). I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.    On July 24, 2025, Lead Plaintiffs filed an Amended Complaint (ECF No. 62), naming as defendants, AstraZeneca PLC ("AstraZeneca" or the "Company") and four individuals: Pascal Soriot ("Soriot"), Aradhana Sarin ("Sarin"), David Fredrickson ("Fredrickson"), and Leon Wang ("Wang") (collectively, the "Individual Defendants"). On July 30, 2025, counsel for Lead Plaintiffs discussed with Davis Polk & Wardwell LLP ("Davis Polk"), counsel for the Company and the Individual Defendants except for Wang, if they would accept service on behalf of Fredrickson and Wang.

3.    On August 7, 2025, Davis Polk indicated they were authorized to accept service for Fredrickson but that they "have not had contact with Mr. Wang."

4.    Therefore, Lead Plaintiffs began evaluating their options to effect service on Defendant Wang, who, on information and belief, still resides in the People's Republic of China ("China") and is still employed by AstraZeneca. This included contacting a foreign process server with experience attempting service on individuals and entities in China. The process server informed counsel for Lead Plaintiffs that service of process in China under the Hague Convention is expected to take up to eight months to complete.

- 1 -

5.      Counsel for Lead Plaintiffs conducted an extensive search of publicly-available records to obtain Defendant Wang's residential address. These efforts included running queries in Google, consisting of Defendant Wang's names, Leon Wang and Wang Lei, and other terms, such as "residential address," "government identification number," and "email address." Additionally, counsel for Lead Plaintiffs searched contact information websites, Chinese business association websites, online news articles, and AstraZeneca's "Leadership" webpage for Defendant Wang's corporate profile to obtain contact information for Wang and hopefully a residential address. Counsel for Lead Plaintiffs also reviewed domestic government records, including AstraZeneca's public filings with the U.S. Securities and Exchange Commission.

6.      Counsel for Lead Plaintiffs further searched Chinese government records from China's Ministry of Public Security database after inputting "Leon Wang" and "Wang Lei" combined with other keywords like "AstraZeneca" and "AstraZeneca China." Despite these efforts, Lead Plaintiffs were unable to identify a residential address for Defendant Wang at which they could serve process via the Hague Convention.

7.      When these efforts proved unsuccessful in finding Wang's residential address or reliable contact information, Lead Plaintiffs retained Barbican Advisory LLC ("Barbican"), a third-party agency and leader in the investigations and business intelligence fields, to search for Wang's residential address. Attached as **Exhibit A** is the declaration of Sean Chen containing a true and correct description of Barbican's comprehensive investigation for Wang's residential address.

8.      Although Barbican was unable to find Wang's residential address, Barbican did obtain other contact information for Wang, including his:

(i)  LinkedIn account, accessible at https://www.linkedin.com/in/leonwang72/. Attached as **Exhibit B** is a true and correct copy of the landing page for Wang's LinkedIn profile;

(ii)  publicly-listed, personal yahoo.com email address, obtained from the contact information section of his LinkedIn profile;

(iii)  WeChat account, the dominant messaging application in China; and

(iv)  Shanghai-based mobile number operated by China Unicom that is associated with Wang's WeChat account.[1]

9.  On December 17, 2025, counsel for Lead Plaintiffs and Davis Polk again met and conferred to discuss Lead Plaintiffs' plan to file a motion for alternative service on Wang under Federal Rule of Civil Procedure 4(f)(3) because they could not obtain his residential address. Counsel for Lead Plaintiffs agreed to postpone filing the motion to allow Davis Polk to confer with AstraZeneca to determine if a residential address for Wang could be located. On January 28, 2026, Davis Polk informed counsel for Lead Plaintiffs that they were not "able to identify an address for" Wang and restated that "Davis Polk does not represent" him.

10.  On February 11, 2026, a *Financial Times* article titled "China charges former AstraZeneca executive" reported that "AstraZeneca's former head of its China business has been formally charged by the country's authorities with illegal trading, unlawful collection of personal information and medical insurance fraud." The article also stated that AstraZeneca "later confirmed to the [*Financial Times*] that the executive mentioned was Wang." Attached as **Exhibit C** is a true and correct copy of the *Financial Times* article.

---

[1] Wang's contact information (including his personal yahoo.com email address, WeChat account and ID, and mobile phone number) is omitted for Chinese privacy reasons. Upon request, counsel for Lead Plaintiffs will make such information available to the Court and Davis Polk.

11.     On February 17, 2026, counsel for Lead Plaintiffs and Davis Polk further met and conferred about Lead Plaintiffs' motion for alternative service on Wang. During the call, Davis Polk agreed to provide to counsel for Lead Plaintiffs the contact information for Wang's individual counsel in China. The next day, Davis Polk provided the following information:

> Hugo Hu
> DeHeng Law Offices
> 11F&33F, Section B, Anlian Plaza
> No 4018 Jintian Road
> Shenzhen, China 518031

12.     Counsel for Lead Plaintiffs provided the above information to Barbican, who was unable to confirm whether anyone by the name of Hugo Hu worked at DeHeng Law Offices' locations in Shanghai, Beijing, or Shenzhen. Barbican suspected that Mr. Hu's English name, "Hugo," is not widely known at DeHeng Law Offices and asked if we could obtain Mr. Hu's Chinese name.

13.     On February 26, 2026, counsel for Lead Plaintiffs asked Davis Polk to provide Mr. Hu's Chinese name. On March 3, 2026, Davis Polk provided counsel for Lead Plaintiffs with Mr. Hu's Chinese name, Tianhao, which we then provided to Barbican.

14.     On March 5, 2026, Barbican confirmed that Mr. Hu's contact information, including a phone number and business email address, is current and correct.[2]

15.     On March 9, 2026, Barbican informed counsel for Lead Plaintiffs that Mr. Hu verbally confirmed to Barbican personnel that he represents Wang, specifying that he only represents Wang in his criminal case in China.

---

[2] Mr. Hu's contact information (including his business address and phone number) is omitted for Chinese privacy reasons. Upon request, counsel for Lead Plaintiffs will make such information available to the Court and Davis Polk.

16.     On March 23, 2026, Barbican confirmed that Wang's WeChat account and phone number are active. When Barbican searched Wang's account ID in WeChat, Wang's profile appeared, indicating that Wang's WeChat account has not been deactivated and is still active. As for the phone number associated with Wang's WeChat account, Barbican determined the phone number was serviced by China Unicom and spoke with a customer service representative who confirmed that the number is still active and the bill for March had been paid. Barbican then searched for the phone number on Alipay, a Chinese digital wallet application used for mobile payments and money transfers, which returned a profile using the same Chinese characters as Wang's Chinese name and a profile picture matching Wang's likeness.

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 25, 2026, in San Diego, California.

*s/ Henry Rosen*
HENRY ROSEN