UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

JERIES SALEH, Individually and on Behalf of :
All Others Similarly Situated, :
:         25-CV-4088 (VSB) (RWL)
Plaintiff, :
:
- against - :           **ORDER**
:
ASTRAZENECA PLC, ET AL., :
:
Defendants. :

-------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      On March 25, 2026, Plaintiff filed a motion for alternative service on Defendant Leon Wang pursuant to Federal Rule of Civil Procedure 4(f)(3).  (Dkt. 87.)  Having reviewed the motion and having determined that the motion should be granted, and no opposition having been filed, it is hereby ordered that the motion is GRANTED and that Plaintiff may serve Wang, and such service shall be deemed effective, as follows:  via (1) email to Wang's criminal counsel in China; (2) Wang's social media accounts at LinkedIn and WeChat; and (3) text message to Wang's mobile phone number associated with his WeChat account.

      The Clerk of Court is respectfully directed to terminate the motion at Dkt. 87.

      SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: April 13, 2026
      New York, New York

Copies transmitted this date to all counsel of record.

1